CONFORMED

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

FILED
2008 AUG 14 AM 11:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
 liser@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
 jsteinsapir@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
 ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Jackson Browne

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JACKSON BROWNE, an individual

        Plaintiff,

vs.

JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization

        Defendants.

CASE NO. CV08-05334 RGK (Ex)

**COMPLAINT FOR:**
**(1) COPYRIGHT INFRINGEMENT;**
**(2) VICARIOUS COPYRIGHT INFRINGEMENT;**
**(3) VIOLATION OF LANHAM ACT – §1125(a);**
**(4) VIOLATION OF CALIFORNIA COMMON LAW RIGHT OF PUBLICITY**

**DEMAND FOR JURY TRIAL**

Jackson Browne v. John McCain et al     Doc. 1

11166-00001/39973.1

Dockets.Justia.com

COMPLAINT

# INTRODUCTION

1. Jackson Browne ("Browne") is a world-renowned singer and songwriter whose politically and socially charged songs have reached audiences since the 1960s. As influential and enduring as his music is Browne's legacy as an advocate for social and environmental justice. Throughout Browne's career, he has closely associated himself with liberal causes and Democratic political candidates. Indeed, Browne has spent significant time throughout his career raising public awareness for such causes. Browne brings this action in order to vindicate an egregious, intentional false association created by agents of the presumptive Republican candidate for President of the United States, Senator John McCain ("McCain"), suggesting that Browne sponsors and endorses McCain; a false association that directly conflicts with the political and social values that Browne has espoused and supported throughout his career.

2. Defendant, the Ohio Republican Party (the "ORP"), acting as an agent for defendants the Republican National Committee (the "RNC") and McCain, recently released a television commercial in which McCain mocks the suggestion of the presumptive Democratic candidate for President, Senator Barack Obama, that the country can conserve gasoline by keeping their automobile tires inflated to the proper pressure (the "Commercial"). During the Commercial, a sound recording of Browne performing one of his most famous musical compositions, *Running On Empty* (the "Composition"), plays in the background. As a result, the Commercial falsely suggests that Browne sponsors, endorses and is associated with McCain and the Republican Party, when nothing could be further from the truth. Neither McCain, the ORP or the RNC sought or received a license or Browne's permission to use the Composition in the Commercial.

3. Browne is informed and believes, and based thereon alleges that he is not the first victim of McCain's creation of false endorsements and manifest lack of respect for the intellectual property rights accorded to musicians by the United

States Constitution. It has been reported that throughout his current campaign for President, McCain and his agents have engaged in a consistent pattern of making unauthorized use of copyrighted musical compositions in an effort to boost McCain's image. For example, McCain created a commercial incorporating music by Frankie Valli without authorization. Warner Music Group immediately demanded that McCain cease and desist from airing the commercial. Earlier, the musical group ABBA demanded that McCain cease and desist from the unauthorized use of their song, *Take a Chance on Me,* at McCain's rallies. Similarly, singer/songwriter John Mellencamp, who is also a well-known supporter of Democratic ideals, recently demanded that McCain stop playing his composition, *Pink Houses,* at McCain's events.

## PARTIES

4. Plaintiff Browne is a citizen of the State of California.

5. Defendant McCain is a United States Senator and is a citizen of the State of Arizona.

6. Browne is informed and believes, and based thereon alleges that defendant RNC is a non-profit political organization with its principal place of business and headquarters in the District of Columbia.

7. Browne is informed and believes, and based thereon alleges that defendant ORP is a non-profit political organization with its principal place of business and headquarters in the State of Ohio.

8. Browne is informed and believes, and based thereon alleges that at all relevant times each of the defendants was the agent, employee, representative, and/or co-conspirator of one or more of the remaining defendants and in doing the acts herein alleged was acting in the course and scope of such agency, employment, and co-conspiracy.

9. Defendants McCain, the RNC and the ORP are collectively referred to herein as "Defendants."

## JURISDICTION AND VENUE

10. This action arises under the United States Copyright Act 17 U.S.C. § 101 et. seq., as well as the Lanham Act, 15 U.S.C. § 1051 et. seq. Jurisdiction is based upon 28 U.S.C. §§ 1331 and 1338(a) and principles of supplemental and pendant jurisdiction pursuant to 28 U.S.C § 1367(a).

11. Jurisdiction alternatively exists in this action pursuant to 28 U.S.C. § 1332, based on the complete diversity of citizenship between Browne and Defendants. The amount at issue exceeds $75,000.

12. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because this is the judicial district in which a substantial part of property that is the subject of the action is situated.

## STATEMENT OF FACTS

13. In 1977, Browne released an album entitled *Running On Empty* (the "Album"), which contained the Composition sharing the same name. The Album became Browne's best selling album ever, reaching platinum status (sales of one million or more albums) seven times over. The Album and the Composition are famously associated with Browne.

14. Browne owns a federally registered copyright in the Composition. A true and correct copy of the renewal certificate for the Composition is attached hereto as Exhibit A.

15. In addition to maintaining a long-standing position in favor of liberal causes and Democratic candidates, Browne has often performed at political rallies for Democratic Party candidates. Browne's public support for the Democratic Party and its presumptive candidate for President of the United States, Senator Barack Obama, is well-known.

16. Browne is informed and believes, and based thereon alleges that the ORP – acting as an agent for, and in concert with McCain and the RNC – created the Commercial and broadcast it on television and cable networks in Ohio and

Pennsylvania. Browne is further informed and believes, and based thereon alleges that Defendants intentionally placed the Commercial on Internet websites such as YouTube.com in order to reach an international audience, including audiences in California, without cost. In addition, several other Internet websites have broadcast the Commercial internationally, including well-known conservative Arianna Huffington's website, the Huffingtonpost.com. The Commercial has also been aired and discussed by the national news media, including but not limited to on MSNBC. At a minimum, Defendants knew or should have known that the Commercial would be aired internationally on the Internet and by the national news media.

17. Browne has received numerous inquiries since the Commercial first appeared on television and on the Internet expressing concern about Defendants' use of the Composition and Browne's performance.

18. Defendants did not obtain a license, or seek or receive Browne's permission to use the Composition in the Commercial. In fact, Browne has never allowed the Composition to be used in any commercial. By using the Composition without the consent of Browne, Defendants have willfully infringed Browne's copyright in the Composition, and have falsely suggested to the public that Browne supports, endorses and is associated with Defendants, and specifically McCain. Additionally, by misappropriating Browne's unique and widely known voice in the Commercial, Defendants have violated Browne's right of publicity under California common law.

## FIRST CAUSE OF ACTION

**(Copyright Infringement – Unauthorized Performance of a Copyrighted Work in an Audiovisual Work 17 U.S.C. § 106(4) – Against All Defendants)**

19. Browne incorporates by reference paragraphs 1 through 18, as though fully set forth herein.

20. Browne is the owner of a federally registered copyright in the Composition.

21. At no time have Defendants sought or been granted a license or other authorization from Browne to use the Composition in the Commercial. Accordingly, Defendants' unauthorized use of the Composition in the Commercial infringes Browne's copyright therein.

22. As a result of Defendants' actions as described above, Browne has suffered damages and will continue to suffer damages in an amount that is presently unknown, but which exceeds $75,000.

23. Defendants' infringement of Browne's copyright has caused and will cause irreparable harm to Browne that cannot be fully compensated by money. Because Browne has no adequate remedy at law, Browne is entitled to a temporary restraining order, as well as preliminary and permanent injunctive relief prohibiting Defendants from using the Composition, or any of Browne's musical compositions, without a license therefor.

24. Browne is informed and believes, and based thereon alleges that Defendants' unauthorized use of the Composition was willful and as such, Browne is entitled to recover statutory damages for each act of infringement pursuant to 17 U.S.C. § 504(c). Defendants' willful, unauthorized use also entitles Browne to recover his attorneys' fees pursuant to 17 U.S.C. § 505.

## SECOND CAUSE OF ACTION

**(Vicarious Copyright Infringement – Unlawful Performance of Copyrighted Work in an Audiovisual Work 17 U.S.C. § 106(4) – Against the RNC and McCain**

25. Browne incorporates by reference paragraphs 1 through 24, as though fully set forth herein.

26. The ORP infringed Browne's copyright in the Composition by using it in the Commercial without authorization.

27. Browne is informed and believes, and based thereon alleges that the RNC and McCain have the right and ability to control the marketing activities of the ORP, at least to the extent that these activities relate to the current Presidential

campaign.

28. Browne is informed and believes, and based thereon alleges that the RNC and McCain received a direct financial benefit from the ORP's infringement by, among other things, receiving national media exposure for McCain's Presidential campaign and increased campaign contributions.

29. As a result of Defendants' actions as described above, Browne has suffered damages and will continue to suffer damages in an amount that is presently unknown, but which exceeds $75,000.

30. Defendants' infringement of Browne's copyright has caused and will cause irreparable harm to Browne that cannot be fully compensated by money. Because Browne has no adequate remedy at law, Browne is entitled to a temporary restraining order, as well as preliminary and permanent injunctive relief prohibiting Defendants from using the Composition, or any of Browne's musical compositions, without a license therefor.

31. Browne is informed and believes, and based thereon alleges that Defendants' unauthorized use of the Composition was willful and as such, Browne is entitled to recover statutory damages for each act of infringement pursuant to 17 U.S.C. § 504(c). Defendants' willful, unauthorized use also entitles Browne to recover his attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## THIRD CAUSE OF ACTION

**(Federal Trademark Infringement – False Association or Endorsement – 15 U.S.C. § 1125(a))**

32. Browne incorporates by reference paragraphs 1 through 31, as though fully set forth herein.

33. Browne is an internationally renowned singer and songwriter. Browne is equally respected nationally for his political and social activism, including his longstanding association with liberal causes and Democratic candidates. The Composition is famously associated with Browne and immediately conjures

Browne's identity and persona in the minds of the public.

34. Browne is informed and believes, and based thereon alleges that Defendants intentionally used Browne's identity and persona in the Commercial to confuse the public into thinking that Browne sponsors, endorses and is associated with Defendants, and specifically McCain, when they in fact knew that Browne does not endorse or sponsor Defendants or McCain. At a minimum, Defendants knew or should have known that their unauthorized use of Browne's identity and persona would confuse the public into believing that Browne sponsors, endorses and is associated with Defendants.

35. Browne is informed and believes, and based thereon alleges that as a result of Defendants' unauthorized use of Browne's identity and persona, the public was confused into believing that Browne sponsors, endorses and is associated with Defendants.

36. As a result of Defendants' unauthorized use of Browne's identity and persona in the Commercial, Browne has suffered damages and will continue to suffer damages in an amount that is presently unknown, but which exceeds $75,000.

37. Defendants unauthorized use of Browne's identity and persona has caused and will cause irreparable harm to Browne that cannot be fully compensated by money. Because Browne has no adequate remedy at law, Browne is entitled to a temporary restraining order, as well as preliminary and permanent injunctive relief prohibiting Defendants from using Browne's identity and persona without a license therefor.

38. Browne is informed and believes, and based thereon alleges that Defendants did the acts as herein alleged with an intent to injure Browne and to subject Browne to cruel and unjust hardship in conscious disregard of Browne's rights, and that said acts were done willfully, maliciously, and oppressively. Browne is, therefore, entitled to prejudgment interest, reasonable attorneys' fees and costs against Defendants, pursuant to 15 U.S.C. § 1117.

## FOURTH CAUSE OF ACTION

### (Violation of California Common Law Right of Publicity)

39. Browne incorporates by reference paragraphs 1 through 38, as though fully set forth herein.

40. Browne's distinct and readily identifiable voice is widely known and closely associated with Browne. As such, Defendants' unauthorized use of Browne's voice in the Commercial invoked Browne's identity in the minds of the public.

41. As a result of Defendants' intentional, unauthorized use of Browne's identity in the Commercial, Browne has been damaged in an amount that is presently unknown, but which exceeds $75,000.

42. Defendants usurpation of Browne's identity has caused and will cause irreparable harm to Browne that cannot be fully compensated by money. Because Browne has no adequate remedy at law, Browne is entitled to a temporary restraining order, as well as preliminary and permanent injunctive relief prohibiting Defendants from using Browne's identity without a license therefor.

43. Browne is informed and believes, and based thereon alleges that Defendants did the acts as herein alleged with an intent to injure Browne and to subject Browne to cruel and unjust hardship in conscious disregard of Browne's rights, and that said acts were done willfully, maliciously, and oppressively. Browne is, therefore, entitled to an additional award of punitive and/or exemplary damages in an amount sufficient to punish Defendants and to deter them from committing such despicable acts in the future.

## PRAYER FOR RELIEF

WHEREFORE, Browne prays for relief as follows:

### FIRST CAUSE OF ACTION

1. For damages according to proof, including pre-judgment interest, the exact amount to be determined at trial;

2. For maximum statutory damages pursuant to 17 U.S.C. §504(c).

3. For reasonable attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505;

4. For a temporary restraining order, as well as preliminary and permanent injunctive relief prohibiting Defendants from using the Composition, or any of Browne's musical compositions, without a license therefor.

## SECOND CAUSE OF ACTION

5. For damages according to proof, including pre-judgment interest, the exact amount to be determined at trial;

6. For maximum statutory damages pursuant to 17 U.S.C. §504(c);

7. For reasonable attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505;

8. For a temporary restraining order, as well as preliminary and permanent injunctive relief prohibiting Defendants from using the Composition, or any of Browne's musical compositions, without a license therefor.

## THIRD CAUSE OF ACTION

9. For damages according to proof, including pre-judgment interest, the exact amount to be determined at trial;

10. For attorneys' fees and costs of suit pursuant to 15 U.S.C. §1117;

11. For a temporary restraining order, as well as preliminary and permanent injunctive relief prohibiting Defendants from using Browne's identity and persona without authorization.

## FOURTH CAUSE OF ACTION

12. For damages according to proof, including pre-judgment interest, the exact amount to be determined at trial;

13. For a temporary restraining order, as well as preliminary and permanent injunctive relief prohibiting Defendants from using Browne's identity without a license therefor.

14. For punitive damages in a sum to be determined at trial.

## ALL CAUSES OF ACTION

15. Browne's cost of suit, the exact amount to be proved at trial; and
16. For such other and further relief as the Court may deem just and proper.

DATED: August 13, 2008

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: _____
Lawrence Y. Iser
Attorneys for Jackson Browne

11166-00001/39973.1

11

COMPLAINT

## DEMAND FOR JURY TRIAL

Browne hereby requests a jury trial on all issues so triable.

DATED: August 13, 2008

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: _____
Lawrence Y. Iser
Attorneys for Jackson Browne

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

**RE 922-852**

EFFECTIVE DATE OF RENEWAL REGISTRATION

**NOV 22 2005**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼ (See Instructions)

**a**
Name: Jackson Browne
Address: c/o Wixen Music Publishing, 24025 Park Sorrento, Suite 130, Calabasas, CA 91302
Claiming as: Author
(Use appropriate statement from instructions)

**b**
Name:
Address:
Claiming as:

**c**
Name:
Address:
Claiming as:

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼
**Running On Empty**

RENEWABLE MATTER ▼
**Words and Music**

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial, give Volume ▼    Number ▼    Issue Date ▼

AUTHOR(S) OF RENEWABLE MATTER ▼ (If any author is deceased, give month, day, and year of death.)
Name: Jackson Browne    Date of death:
Name:    Date of death:
Name:    Date of death:

ORIGINAL REGISTRATION NUMBER ▼    ORIGINAL COPYRIGHT CLAIMANT ▼
EU 858091    Swallow Turn Music

ORIGINAL DATE OF COPYRIGHT
If the original registration for this work was made in published form give
DATE OF PUBLICATION _____ _____ _____
          (Month)  (Day)  (Year)
OR
If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION **December 27, 1977**
          (Month)  (Day)  (Year)

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-8) on the reverse side of this page
• See detailed instructions    • Sign the form at space 7

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit A

RENEWAL APPLICATION RECEIVED
NOV 2 2 2005
CORRESPONDENCE ☐ YES
EXAMINED BY _____ MB
CHECKED BY
FUNDS RECEIVED

FORM RE
FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON)

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution If more space is needed, request continuation sheet (Form RE/CON)

**a**
Title of Contribution
Title of Periodical  Vol  No  Issue Date
Date of Publication (Month) (Day) (Year)  Registration Number

**b**
Title of Contribution
Title of Periodical  Vol  No  Issue Date
Date of Publication (Month) (Day) (Year)  Registration Number

**c**
Title of Contribution
Title of Periodical  Vol  No  Issue Date
Date of Publication (Month) (Day) (Year)  Registration Number

**d**
Title of Contribution
Title of Periodical  Vol  No  Issue Date
Date of Publication (Month) (Day) (Year)  Registration Number

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Area code and daytime telephone number ▶ (818) 591-7355   Fax number ▶ (818) 591-7178

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name  Erik Szabo
Address  24025 Park Sorrento, Suite 130
Calabasas                CA        91302
(City)                   (State)   (ZIP)
Email address ▶ eszabo@wixenmusic com

**CERTIFICATION*** I the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant   ☐ duly authorized agent of  Claimant named in space 1
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼  Randall Wixen           Date ▼ 11/11/2005

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address

Name ▼ Wixen Music Publishing, Inc
Number/Street/Apt ▼ 24025 Park Sorrento, Suite 130
City/State/ZIP ▼ Calabasas, CA 91302

YOU MUST
• Complete all necessary spaces
• Sign your application in space 7
SEND ALL ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev July 2002—70 000  Web Rev July 2002  Printed on recycled paper                       U S Government Printing Office 2003-496 605/60 018

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

### CV08- 5334 RGK (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>PLAINTIFF(S)<br>V.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV08-05334 RGK (Ex)<br><br>SUMMONS |

TO: DEFENDANT(S): <u>JOHN McCAIN, THE REPUBLICAN NATIONAL COMMITTEE and THE OHIO REPUBLICAN PARTY</u>

A lawsuit has been filed against you.

Within <u>twenty</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [x] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>LAWRENCE Y. ISER</u>, whose address is <u>808 Wilshire Blvd., 3rd Floor, Santa Monica, CA 90401</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: AUG 1 4 2008     By: **NATALIE LONGORIA**
                              Deputy Clerk

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

CV-01A (12/07)     SUMMONS     CCD-1A

| JS 44 (Rev. 12/07) | CIVIL COVER SHEET | CONFORMED |

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JACKSON BROWNE

## DEFENDANTS
JOHN McCAIN; THE REPUBLICAN NATIONAL COMMITTEE; THE OHIO REPUBLICAN PARTY

(b) County of Residence of First Listed Plaintiff **LOS ANGELES**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
LAWRENCE Y. ISER (SBN 094611)
KINSELLA WEITZMAN ISER KUMP & ALDISERT
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
310-566-9800

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
- [ ] 510 Motion to Vacate Sentence
- **Habeas Corpus:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 463 Habeas Corpus - Alien Detainee
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [X] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. Section 101 et. seq.

Brief description of cause:
Violations of Copyright and Lanham Act

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 0.00
- [X] CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE August 13, 2008
SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CV08-05334

FDJS44

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☑ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | ARIZONA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date _____

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |