NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF
OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

LAWRENCE Y. ISER (SBN 094677)
KINSELLA WEITZMAN ISER KUMP & ALDISERT
808 Wilshire Blvd., 3rd Floor
Santa Moncica, CA 90401
Telephone: 310-566-9800
Facsimile: 310-566-9850
ATTORNEYS FOR: Plaintiff Jackson Browne

FILED

2008 AUG 14 AM 11:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. C. CALIF
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BROWNE<br><br>Plaintiff(s),<br>v.<br><br>JOHN McCAIN; THE REPUBLICAN NATIONAL COMMITTEE; THE OHIO REPUBLICAN PARTY<br><br>Defendant(s) | CASE NUMBER<br><br>CV08-05334 RGK (Ex)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  JACKSON BROWNE
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| JACKSON BROWNE | PLAINTIFF |
| JOHN McCAIN | DEFENDANT |
| THE REPUBLICAN NATIONAL COMMITTEE | DEFENDANT |
| THE OHIO REPUBLICAN PARTY | DEFENDANT |

Jackson Browne v. John McCain et al      Doc. 2

August 13, 2008
Date

Sign
LAWRENCE Y. ISER

Attorney of record for or party appearing in pro per
JACKSON BROWNE

CV-30 (12/03)  **CONFORMED**    NOTICE OF INTERESTED PARTIES                    CCDCV30

Dockets.Justia.com