1 HOWARD J. KLEIN (NO. 77029)
hjklein@koslaw.com
2 **KLEIN, O'NEILL & SINGH, LLP**
43 Corporate Park
3 Suite 204
Irvine, CA 92606
4 Telephone: 949-955-1920
Facsimile: 949-955-1921

Attorneys for Defendant,
THE REPUBLICAN NATIONAL COMMITTEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| JACKSON BROWNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN McCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization<br><br>Defendants. | CASE NO. CV-08-05334 RGK (Ex)<br><br>**NOTICE OF APPEARANCE OF HOWARD J. KLEIN ON BEHALF OF DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE** |

TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Howard J. Klein of KLEIN, O'NEILL & SINGH, LLP, an attorney duly admitted to the Bar of this Court hereby enters an appearance as counsel for DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE and requests that he be added to the Court's electronic mail notification lists for this action.

DATED: September 15, 2008      KLEIN, O'NEILL & SINGH, LLP

By  /s/ Howard J. Klein
   Howard J. Klein
   Attorneys for Defendant,
   THE REPUBLICAN NATIONAL COMMITTEE,

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

                                                          /s/ Sang N. Dang
                                                          Sang N. Dang