THEODORE P. LOPEZ (NO. 191328)
tlopez@koslaw.com
**KLEIN, O'NEILL & SINGH, LLP**
43 Corporate Park
Suite 204
Irvine, CA 92606
Telephone: 949-955-1920
Facsimile: 949-955-1921

Attorneys for Defendant,
THE REPUBLICAN NATIONAL COMMITTEE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| JACKSON BROWNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN McCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization<br><br>Defendants. | CASE NO. CV-08-05334 RGK (Ex)<br><br>**NOTICE OF APPEARANCE OF THEODORE P. LOPEZ ON BEHALF OF DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE** |

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR COUNSEL OF |
| 2 | RECORD: |
| 3 | |
| 4 |       NOTICE IS HEREBY GIVEN that Theodore P. Lopez of KLEIN, O'NEILL & |
| 5 | SINGH, LLP, an attorney duly admitted to the Bar of this Court hereby enters an appearance as |
| 6 | counsel for DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE, and requests that |
| 7 | he be added to the Court's electronic mail notification lists for this action. |
| 8 | |
| 9 | DATED: September 15, 2008    KLEIN, O'NEILL & SINGH, LLP |

By  /s/ Theodore P. Lopez
   Theodore P. Lopez
   Attorneys for Defendant,
   THE REPUBLICAN NATIONAL COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

      /s/ Sang N. Dang
      Sang N. Dang