SANG N. DANG (NO. 214558)
sdang@koslaw.com
**KLEIN, O'NEILL & SINGH, LLP**
43 Corporate Park
Suite 204
Irvine, CA 92606
Telephone: 949-955-1920
Facsimile: 949-955-1921

Attorneys for Defendant,
THE REPUBLICAN NATIONAL COMMITTEE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| JACKSON BROWNE, an individual, | CASE NO. CV-08-05334 RGK (Ex) |
| Plaintiff, | **NOTICE OF APPEARANCE OF SANG N. DANG ON BEHALF OF DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE** |
| vs. | |
| JOHN McCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization | |
| Defendants. | |

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR COUNSEL OF |
| 2 | RECORD: |
| 3 | |
| 4 |       NOTICE IS HEREBY GIVEN that Sang N. Dang of KLEIN, O'NEILL & |
| 5 | SINGH, LLP, an attorney duly admitted to the Bar of this Court hereby enters an appearance as |
| 6 | counsel for DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE, and requests that |
| 7 | he be added to the Court's electronic mail notification lists for this action. |

DATED: September 15, 2008     KLEIN, O'NEILL & SINGH, LLP

By  /s/ Sang N. Dang
    Sang N. Dang
    Attorneys for Defendant,
    THE REPUBLICAN NATIONAL COMMITTEE

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

    /s/ Sang N. Dang
Sang N. Dang