HOWARD J. KLEIN (NO. 77029)
hjklein@koslaw.com
THEODORE P. LOPEZ (NO. 191328)
tlopez@koslaw.com
SANG N. DANG (NO. 214558)
sdang@koslaw.com
**KLEIN, O'NEILL & SINGH, LLP**
43 Corporate Park
Suite 204
Irvine, CA 92606
Telephone: 949-955-1920
Facsimile: 949-955-1921

Attorneys for Defendant,
THE REPUBLICAN NATIONAL
COMMITTEE

LAWRENCE Y. ISER (NO. 094611)
liser@kwikalaw.com
JONATHAN STEINSAPIR (NO. 226281)
jsteinapir@kwikalaw.com
GREGORY S. GABRIEL (NO. 239902)
ggabriel@kwikalaw.com
**KINSELLA WEITZMAN ISER KUMP
& ALDISERT LLP**
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Telephone: 310-566-9800
Facsimile: 310.566.9850

Attorneys for Plaintiff,
JACKSON BROWNE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| JACKSON BROWNE, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN McCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization<br><br>    Defendants. | CASE NO. CV-08-05334 RGK (Ex)<br><br>**STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

KLEIN,
O'NEILL &
SINGH, LLP

STIPULATION RE: EXTENSION OF TIME
TO RESPOND TO COMPLAINT

CASE NO. CV-08-05534 RGK (Ex)

| | |
|---|---|
| 1 | **WHEREAS**, on August 14, 2008, PLAINTIFF JACKSON BROWNE has filed |
| 2 | his Complaint in the United States District Court for the Central District of California; |
| 3 | **WHEREAS**, the Parties agree that DEFENDANT THE REPUBLICAN |
| 4 | NATIONAL COMMITTEE may have a thirty (30) day extension of time to respond to the |
| 5 | Complaint; |
| 6 | **WHEREAS**, the filing of this Stipulation does not waive any of Defendant's |
| 7 | defenses to the Complaint; |
| 8 | **WHEREAS**, pursuant to Local Rule 8-3, Court's approval of this stipulation is not |
| 9 | required; |
| 10 | IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant through |
| 11 | their respective counsel of record, that Defendant's last day to respond to the Complaint on file in |
| 12 | this action shall be October 13, 2008. |
| 13 | |
| 14 | DATED: September __, 2008     KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP |
| 15 | |
| 16 | |
| 17 | By_____ |
| | Jonathan P. Steinsapir |
| 18 | Attorneys for Plaintiff, JACKSON BROWNE |
| 19 | DATED: September 12, 2008     KLEIN, O'NEILL & SINGH, LLP |
| 20 | |
| 21 | By  /s/ Howard J. Klein_____ |
| 22 | Howard J. Klein |
| | Attorneys for Defendant, THE REPUBLICAN NATIONAL COMMITTEE |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

KLEIN, O'NEILL & SINGH, LLP

STIPULATION RE: EXTENSION OF TIME
TO RESPOND TO COMPLAINT

CASE NO. CV-08-05534 RGK (Ex)

**WHEREAS**, on August 14, 2008, PLAINTIFF JACKSON BROWNE has filed his Complaint in the United States District Court for the Central District of California;

**WHEREAS**, the Parties agree that DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE may have a thirty (30) day extension of time to respond to the Complaint;

**WHEREAS**, the filing of this Stipulation does not waive any of Defendant's defenses to the Complaint;

**WHEREAS**, pursuant to Local Rule 8-3, Court's approval of this stipulation is not required;

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant through their respective counsel of record, that Defendant's last day to respond to the Complaint on file in this action shall be October 13, 2008.

DATED: September 15, 2008      KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By _____
Jonathan P. Steinsapir
Attorneys for Plaintiff,
JACKSON BROWNE

DATED: September 12, 2008      KLEIN, O'NEILL & SINGH, LLP

By _/s/ Howard J. Klein_____
Howard J. Klein
Attorneys for Defendant,
THE REPUBLICAN NATIONAL COMMITTEE

KLEIN,
O'NEILL &
SINGH, LLP

STIPULATION RE: EXTENSION OF TIME
TO RESPOND TO COMPLAINT

CASE NO. CV-08-05534 RGK (Ex)

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

 /s/ Sang N. Dang
Sang N. Dang

KLEIN,
O'NEILL &
SINGH, LLP

STIPULATION RE: EXTENSION OF TIME
TO RESPOND TO COMPLAINT

CASE NO. CV-08-05334 RGK (Ex)