| | |
|---|---|
| 1 | SPILLANE SHAEFFER<br>  ARONOFF BANDLOW LLP<br>Lincoln D. Bandlow (SBN 170449)<br>1880 Century Park East, Suite 1004<br>Los Angeles, CA 90067-2627<br>Telephone: (310) 229-9300<br>Fax: (310) 229-9380<br>lbandlow@ssablaw.com<br><br>Attorneys for Defendant<br>JOHN MCCAIN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BROWNE., an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization,<br><br>Defendants. | CASE # CV08-05334 RGK (Ex)<br><br>**STIPULATION EXTENDING DEFENDANT JOHN McCAIN'S TIME TO RESPOND TO THE COMPLAINT**<br><br>[Central District Local Rule 8-3]<br><br>Hon. R. Gary Klausner<br><br>Date Filed: August 14, 2008 |

SSAB LLP

1

Defendant JOHN MCCAIN ("Defendant") and Plaintiff JACKSON BROWNE ("Plaintiff"), by and through their undersigned attorneys, hereby state and stipulate as follows:

WHEREAS, the Complaint in this action was filed on August 14, 2008; and

WHEREAS, Defendant accepted service of the Complaint on September 4, 2008; and

WHEREAS, Defendant's response to the Complaint is now due on September 24, 2008; and

WHEREAS, Plaintiff has agreed to Defendant's request for an extension of time to respond to the Complaint.

THEREFORE, the parties stipulate pursuant to Central District Local Rule 8-3 that the date by which Defendant must file a response to the Complaint is extended thirty (30) days, *i.e.*, until October 24, 2008.

DATED: September 15, 2008

Spillane Shaeffer Aronoff Bandlow LLP

By: _____
Lincoln D. Bandlow

Attorneys for Defendant
JOHN MCCAIN

DATED: September 15, 2008

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: _____
Jonathan P. Steinsapir

Attorneys for Plaintiff
JACKSON BROWNE