NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Lincoln Bandlow (SBN 170449)
Spillane Shaeffer Aronoff Bandlow LLP
1880 Century Park East, Suite 1004
Los Angeles, CA 90067
(310) 229-9300

ATTORNEYS FOR: JOHN MCCAIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JACKSON BROWNE

Plaintiff(s),

v.

JOHN MCCAIN; THE REPUBLICAN NATIONAL COMMITTEE; THE OHIO REPUBLICAN PARTY

Defendant(s)

CASE NUMBER

CV08-05334

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for **Defendant John McCain** (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**　　　　　　　　　　　　　　　　**CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Jackson Browne - Plaintiff

John McCain - Defendant
The Republican National Committee - Defendant
The Ohio Republican Party - Defendant

9/15/08
Date

Sign

Lincoln Bandlow
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)