| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |
|---|
| Howard J. Klein (SBN 77029)<br>Theodore P. Lopez (SBN 191328)<br>Sang N. Dang (SBN 214558)<br>KLEIN, O'NEILL & SINGH, LLP<br>43 Corporate Park, Suite 204<br>Irvine, CA 92606<br>Telephone - (949) 955-1920<br>Facsimile - (949) 955-1921 |
| ATTORNEYS FOR: Defendant The Republican National Committee |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JACKSON BROWNE | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV08-05334 RGK (Ex) |
| v. | |
| JOHN McCAIN; THE NATIONAL REPUBLICAN NATIONAL COMMITTEE; THE OHIO REPUBLICAN PARTY | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for __DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE__ (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

JACKSON BROWNE - PLAINTIFF

JOHN McCAIN - DEFENDANT

THE REPUBLICAN NATIONAL COMMITTEE - DEFENDANT

THE OHIO REPUBLICAN PARTY - DEFENDANT

9/24/08
Date

Sign _(signed)_

HOWARD J. KLEIN
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)