NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Rebecca Connolly (SBN 145482)
Grunsky, Ebey, Farrar & Howell
240 Westgate Drive
Watsonville, CA 95076
(831) 722-2444

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JACKSON BROWNE, | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV08-05334 |
| v. | |
| JOHN McCAIN; THE REPUBLICAN NATIONAL COMMITTEE; THE OHIO REPUBLICAN PARTY | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendant THE OHIO REPUBLICAN PARTY
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Jackson Browne - Plaintiff

John McCain - Defendant
The Republican National Committee - Defendant
The Ohio Republican Party - Defendant

10/14/08                         /S/
Date                             Sign

Rebecca Connolly
Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**
CV-30 (12/03)