| | |
|---|---|
| 1 | SPILLANE SHAEFFER |
| 2 | ARONOFF BANDLOW LLP<br>Lincoln D. Bandlow (SBN 170449) |
| 3 | 1880 Century Park East, Suite 1004<br>Los Angeles, CA 90067-2627 |
| 4 | Telephone: (310) 229-9300<br>Fax: (310) 229-9380 |
| 5 | lbandlow@ssablaw.com |
| 6 | Attorneys for Defendant<br>JOHN MCCAIN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BROWNE., an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization,<br><br>Defendants. | CASE NO. CV 08-05334-RGK (Ex)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. R. Gary Klausner<br><br>Date Filed: August 14, 2008 |

1

Pursuant to the Joint *Ex Parte* Application to Extend Time to Respond to Complaint filed by defendants JOHN MCCAIN, THE REPUBLICAN NATIONAL COMMITTEE, and THE OHIO REPUBLICAN PARTY (collectively "Defendants"), and good cause appearing therefore, it is hereby Ordered that the deadline for Defendants to respond to the complaint is extended to November 17, 2008.

**IT IS SO ORDERED.**

DATED: October 20, 2008

_____
THE HONORABLE GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE