1  SPILLANE SHAEFFER
     ARONOFF BANDLOW LLP
2  Lincoln D. Bandlow (SBN 170449)
   1880 Century Park East, Suite 1004
3  Los Angeles, California 90067-2627
   Telephone: (310) 229-9300
4  Fax: (310) 229-9380
   lbandlow@ssablaw.com
5
   Attorneys for Defendant
6  JOHN MCCAIN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization,<br><br>Defendants. | CASE NO. CV08-05334 RGK (Ex)<br><br>**DEFENDANT JOHN MCCAIN'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE UNDER C.C.P. § 425.16**<br><br>Hearing:<br>Date: December 8, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 850 |

---
**McCAIN'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE UNDER CCP § 425.16**

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on December 8, 2008, at 9:00 a.m., or as soon |
| 3 | thereafter as counsel may be heard, in Courtroom 850 of the above-entitled Court, the |
| 4 | Honorable R. Gary Klausner presiding, located at 255 East Temple Street, Los |
| 5 | Angeles, California 90012, Defendant John McCain ("McCain") will and hereby does |
| 6 | move the Court for an order striking the fourth claim for relief in the Complaint filed |
| 7 | by Jackson Browne ("Browne") under California's anti-SLAPP statute, Code of Civil |
| 8 | Procedure § 425.16. This Motion is made following the conference of counsel |
| 9 | pursuant to Local Rule 7-3, which took place on October 6, 2008. |
| 10 | The Complaint's fourth claim for relief is based on speech in connection with a |
| 11 | public issue or issue of public interest. Accordingly, this claim falls within the scope of |
| 12 | Section 425.16(e)(4) and, as such, the burden shifts to Browne to establish, with |
| 13 | competent and admissible evidence, a probability that he will prevail on that claim. |
| 14 | C.C.P. § 425.16(b)(1). Browne cannot satisfy his burden for the following reasons: |
| 15 | (1) Browne's claim fails because the Political Video that is the subject of his |
| 16 | claim is non-commercial speech that relates to a matter of public interest; |
| 17 | (2) The Political Video that is the subject of his claim is subject to full and |
| 18 | stringent protection under the First Amendment, which bars the claim; |
| 19 | (3) The use of Browne's voice in the Political Video was transformative thereby |
| 20 | precluding liability; and |
| 21 | (4) Browne cannot show that McCain used Browne's voice. |
| 22 | This Motion is based on this Notice, the concurrently-filed Memorandum of |
| 23 | Points and Authorities, the concurrently-filed Notice of Motion and Motion to Dismiss |
| 24 | under Federal Rule of Civil Procedure 12(b)(6) and supporting Memorandum of Points |
| 25 | and Authorities, the concurrently-filed Declarations of Lincoln D. Bandlow, John |
| 26 | McCain, John McClelland and Jason Mauk, the concurrently-filed Request For |
| 27 | Judicial Notice, all papers, pleadings, records and files in this case, and on such other |
| 28 | 1 |

evidence and/or argument as may be presented to the Court on the hearing on this Motion.

McCain respectfully requests that the Court strike the fourth claim for relief in Browne's Complaint with prejudice and without leave to amend.

Dated: November 17, 2008         SPILLANE SHAEFFER ARONOFF BANDLOW LLP

By: _____
　　　Lincoln D. Bandlow

Attorneys for Defendant
JOHN MCCAIN

2