SPILLANE SHAEFFER
  ARONOFF BANDLOW LLP
Lincoln D. Bandlow (SBN 170449)
1880 Century Park East, Suite 1004
Los Angeles, CA 90067-2627
Telephone: (310) 229-9300
Fax: (310) 229-9380
lbandlow@ssablaw.com

Attorneys for Defendant
JOHN MCCAIN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE., an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization,<br><br>Defendants. | CASE # CV08-05334 RGK (Ex)<br><br>**DECLARATION OF LINCOLN BANDLOW IN SUPPORT OF DEFENDANT JOHN McCAIN'S SPECIAL MOTION TO STRIKE UNDER CCP 425.16**<br><br>Hearing:<br>Date: December 8, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 850 |

**DECLARATION OF LINCOLN D. BANDLOW IN SUPPORT OF MOTION TO STRIKE**

# DECLARATION OF LINCOLN D. BANDLOW

I, Lincoln D. Bandlow, hereby declare as follows:

1. I am a partner in the law firm of Spillane Shaeffer Aronoff Bandlow, LLP, counsel of record in this matter for Defendant John McCain ("McCain"). I am admitted to practice in the courts of the State of California. The following facts are within my personal knowledge and I know them to be true. If called to testify, I could and would do so competently under oath.

2. Attached hereto as Exhibit 5 are true and correct copies of articles and news stories that I obtained through searches on the internet and on Westlaw that use the term "running on empty" in discussing energy policy and related matters.

3. Attached hereto as Exhibit 6 is a true and correct copy of a transcript from a June 11, 2008 news conference titled "Democratic Members of the Senate Hold a News Conference on the Economy" that I obtained through a search on Westlaw.

4. Attached hereto as Exhibit 7 is a true and correct copy of the article by Republican Senator James Inhofe, "Dems Running on Empty," published in HUMAN EVENTS on June 16, 2008 which I obtained through a search on the internet.

5. Attached hereto as Exhibit 8 is a true and correct copy of the Senate Republican Policy Committee statement, "Running on Empty: Why the Democrats' Energy Bill Won't Lower Prices at the Pump," from June 17, 2008 which I obtained through a search on the internet.

6. Attached hereto as Exhibit 9 is a true and correct copy of "Remarks at the Max M. Fisher National Republican Leadership Award Dinner in Livonia, Michigan" from Volume 44, Issue 25 of the Weekly Compilation of Presidential Documents which I obtained through a search on Westlaw.

7. Attached hereto as Exhibit 10 is a true and correct copy of the press release "Colorado Dems: McCain's Tax Breaks for Oil Companies Won't Solve Energy Crisis" from July 31, 2008 which I obtained through a search on Westlaw.

8. Attached hereto as Exhibit 11 is a true and correct copy of the article by U.S. PIRG Reports: "Running on Empty: How Environmentally Harmful Energy Subsidies Siphon Billions From Taxpayers" from January 31, 2002 which I obtained through a search on the internet.

9. Attached hereto as Exhibit 12 is a true and correct copy of the article "Running on Empty" by Natalie Canavor from the NEW YORK TIMES which I obtained through a search on Westlaw.

10. Attached hereto as Exhibit 13 is a true and correct copy of an April 2006 article by Stephen P.A. Brown and Richard Alm of the Federal Reserve Bank of Dallas titled "Running on Empty? How Economic Freedom Affects Oil Supplies" from Economic Letter—Insights from the Federal Reserve Bank of Dallas, Vol. 1, No. 4 which I obtained through a search on the internet.

11. Attached hereto as Exhibit 14 is a true and correct copy of the article "Running on Empty: The United States' Real Problem with Oil and Energy Policy

| | |
|---|---|
| 1 | Goes Beyond Rising Prices" by David Moberg which appeared in IN THESE TIMES on |
| 2 | July 3, 2006 which I obtained through a search on the internet. |
| 3 | |
| 4 | 12.    Attached hereto as Exhibit 15 is a true and correct copy of the article |
| 5 | "Running on Empty" by James Ridgway in MOTHER JONES on June 27, 2007 which I |
| 6 | obtained through a search on the internet. |
| 7 | |
| 8 | 13.    Attached hereto as Exhibit 16 is a true and correct copy of the article |
| 9 | "Running on Empty" by INVESTOR'S BUSINESS DAILY appearing on IBDeditorials.com |
| 10 | on March 22, 2007 which I obtained through a search on the internet. |
| 11 | |
| 12 | 14.    Attached hereto as Exhibit 17 is a true and correct copy of the article |
| 13 | "Running on Empty" by Debra Saunders in REAL CLEAR POLITICS on March 23, 2008 |
| 14 | which I obtained through a search on the internet. |
| 15 | |
| 16 | 15.    Attached hereto as Exhibit 18 is a true and correct copy of the article |
| 17 | "Running on Empty" by Mark Hertsgaard in THE NATION on April 24, 2008 which I |
| 18 | obtained through a search on the internet. |
| 19 | |
| 20 | 16.    Attached hereto as Exhibit 19 is a true and correct copy of the article |
| 21 | "Denver Running on Empty" by Gargi Chakrabarty in The ROCKY MOUNTAIN NEWS |
| 22 | on April 27, 2007 which I obtained through a search on the internet. |
| 23 | |
| 24 | 17.    Attached hereto as Exhibit 20 is a true and correct copy of the WEEKLY |
| 25 | STANDARD article "Running on Empty: Democratic Energy Policies Ignore Reality" by |
| 26 | Fred Barnes on June 23, 2008 which I obtained through a search on the internet. |
| 27 | |

18. Attached hereto as Exhibit 21 are true and correct copies of articles and news stories regarding Jackson Browne and this litigation which I obtained through a search on the internet or on Westlaw.

19. Attached hereto as Exhibit 22 is a true and correct copy of "Jackson Browne News & Updates" from Browne's website http://www.jrp-graphics.com/jb/jbnews.html detailing his activities and press appearances which I obtained through a search on the internet.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that this declaration was made the 17th day of November, 2008 at Los Angeles, California.

_____
LINCOLN D. BANDLOW