```
 1  SPILLANE SHAEFFER
       ARONOFF BANDLOW LLP
 2  Lincoln D. Bandlow (SBN 170449)
    Emily S. Birdwhistell (SBN 248602)
 3  1880 Century Park East, Suite 1004
    Los Angeles, CA 90067-2627
 4  Telephone: (310) 229-9300
    Fax: (310) 229-9380
 5  lbandlow@ssablaw.com

 6  Attorneys for Defendant
    JOHN MCCAIN
 7
 8
 9                UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA
11
12  JACKSON BROWNE., an individual      CASE # CV08-05334 RGK (Ex)
13
14            Plaintiff,                 DECLARATION OF JOHN
                                         MCCAIN IN SUPPORT OF
15       vs.                             DEFENDANT'S SPECIAL
                                         MOTION TO STRIKE
16  JOHN MCCAIN, an individual; THE      COMPLAINT UNDER C.C.P. §
    REPUBLICAN NATIONAL                  425.16
17  COMMITTEE, a non-profit political
    organization; THE OHIO REPUBLICAN   [Notice of Motion and Special
18  PARTY, a non-profit political       Motion to Strike Complaint Under
    organization,                       C.C.P. § 425.16; Request for Judicial
19                                      Notice; Declaration of Lincoln
              Defendants.                Bandlow filed concurrently]
20
21                                      Hearing:
                                        Date:  December 8, 2008
22                                      Time: 9:00 a.m.
                                        Place: Courtroom 850
23
                                        Date Action Filed: August 14, 2008
24
25
26
27
28
```

# DECLARATION OF JOHN MCCAIN

I, John McCain, hereby declare as follows:

1. I am a United States Senator from the state of Arizona and was the Republican Party's nominee for President of the United States in the 2008 election. The following facts are within my personal knowledge and I know them to be true. If called to testify to these facts, I could and would do so competently under oath.

2. I understand that a lawsuit has been filed by Jackson Browne ("Browne") naming the Ohio Republican Party ("ORP"), the Republican National Committee ("RNC") and myself as defendants regarding a video ("Video") that allegedly contains portions of a song by Browne.

3. I was not involved at all in any way in the writing, creation, production, distribution or dissemination of the Video, nor do I have any knowledge whatsoever of how this Video was written, created, produced, distributed or disseminated or who was involved in any aspect of the writing, creation, production, distribution or dissemination of the Video. I was completely unaware that this Video even existed until I was informed of it after this lawsuit was filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was made this 13th day of November, 2008, at Washington, DC.

_____
JOHN MCCAIN