1  Rebecca Connolly, Esq. SBN 145482
   GRUNSKY, EBEY, FARRAR & HOWELL
2  A Professional Corporation
   240 Westgate Drive
3  Watsonville, CA 95076
   Telephone (831)722-2444
4  Facsimile  (831)722-6153

5  Attorneys for Defendant The Ohio Republican Party

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                    WESTERN DIVISION

10

11  JACKSON BROWNE, an individual,          No.  CV08-5334 RGK (Ex)

12                  Plaintiff,              **DECLARATION OF JOHN
                                            MCCLELLAND IN SUPPORT OF
13      v.                                  DEFENDANT OHIO REPUBLICAN
                                            PARTY'S MOTION TO DISMISS, etc.**
14  JOHN MCCAIN, an individual; THE
    REPUBLICAN NATIONAL                     Date:    December 8, 2008
15  COMMITTEE, a non-profit political       Time:    9:00 am
    organization; THE OHIO                  Judge:   Hon. R. Gary Klausner
16  REPUBLICAN PARTY; a non-profit          Place:   Courtroom 850
    political organization,
17
                    Defendants.
18

19

20      I, John McClelland, declare as follows:

21      1.      I am employed as the Communications Director for the Ohio Republican

22  Party ("ORP") located in Columbus, Ohio, a defendant in the above-captioned action.

23  I began working for the ORP in August of 2005 as Communications Director.

24      2.      I have personal knowledge of the matters set forth in this Declaration

25  except as to those matters set forth on information and belief, and as to those matters I

26  am informed and believe them to be true.  If called as a witness, I could and would

27  testify competently to the matters set forth herein.

28

                                  - 1 -
                          McClelland Declaration

3. I am a resident of Ohio and have lived in Ohio since March of 1997. I have only been to California once. In January of 2008, I travelled to California in my capacity as Communications Director for the ORP at the invitation of Mark Preston, Political Editor of CNN, Washington D.C. Political Division. I arrived in California on January 30, 2008 and left on February 1, 2008.

4. CNN wanted the ORP to co-sponsor a presidential debate with the Ohio Democratic Party. Mr. Preston suggested that the ORP send representatives to the presidential debates taking place in California. I, along with Kevin DeWine, Deputy Chairman and Jason Mauk, Executive Director, attended the Republican Presidential Debate at Reagan Library in Simi Valley California.

5. Throughout the 2008 election campaign, the ORP has utilized web videos to generate news coverage in Ohio regarding the November 4, 2008 elections. The purpose of these web videos is to gain media access. The ORP does not use the web videos as a fundraising tool or to solicit contributions. The targeted audience of these web videos is voters in Ohio.

6. As Communications Director, I am responsible for updating the content found on the ORP web site at www.ohiogop.org. I am also responsible for creating and producing web videos. The website design and hosting is provided by Midnet Media, a company with office in Columbus, Ohio, in Minster Ohio, and Chicago, Illinois.

7. The ORP maintains a link on its website found at http://www.ohiogop.org/gop_tv called "Ohio GOP tv" that contains a link to YouTube postings specifically targeted at Ohio voters found at http://www.youtube.com/gopohio. As Communications Director, I am the person at the ORP who posts information at the ORP Ohio GOPtv link. I utilize Apple based software programs called "Final Cut Express" and "imovie" to upload the web videos that I produce for the ORP

McClelland Declaration

8.      Beginning on or about July 29, 2008, in preparation for the Democratic

Presidential Nominee, Senator Barak Obama's scheduled visit to Ohio during the

week of August 4, 2008, I started work on a web video to provide criticism and

commentary on Obama's energy strategy.  This is the web video that is referenced in

paragraph 2 of the Complaint as the "Commercial", and hereinafter referred to as

"Political Video".  Attached hereto as Exhibit 1 (manually filed) is a true and correct

copy of the Political Video.

9.      The Political Video used specific "sound bites" regarding Obama's

suggestion to inflate tires in order to demonstrate that Obama's energy strategy was

the same as no strategy at all.  The song "Running on Empty" seemed to be a perfect

fit to convey this message especially in light of the rising price of gasoline at the time

described as the "Pain at the Pump" in the video and the heightened concern about the

United States' dependency on foreign oil.

10.     When I was working on the Political Video, I was not familiar with

Jackson Browne's music and did not know where he lived or that he was politically

active.  I purchased the song "Running on Empty" ("Song") from itunes for use in the

Political Video.  Attached hereto as Exhibit 2 (manually filed) is a true and correct

copy of the Song that I downloaded from itunes.  The total Song length is 4:56

minutes.  The Political Video used approximately 30 seconds of the Song of which 9

seconds is lyrical and 21 seconds is musical.

11.     The total length of the Political Video is one minute and twenty seconds.

The following is a description of the content of the Political Video.  The Political

Video begins with an excerpt from a local Ohio news channel that discussed the "pain

at the pump."  After the reporter asked how to bring down gas prices "here in northeast

Ohio and across the U.S.A.?", I cut to a clip of Obama answering "making sure your

tires are properly inflated."  I then put "What!?!" standing alone.  Next, the Political

Video Obama's energy plan with that of Senator McCain and showed McCain

speaking at a rally pointing out that it is low-income Americans that are being hurt

- 3 -

because of our dependence on foreign oil and rising gas prices.  Next, the Political Video used another stand alone question asking "What's that Obama plan again?"  Here, at approximately 50 seconds into the Political Video, the Political Video used approximately 21 seconds of music without lyrics from the Song in the background and show Obama saying ". . . we can save all the oil they're taking about getting off drilling if everyone was just inflating their tires."  Senator Hillary Clinton is shown saying "shame on you, Barack Obama."  At 1 minute and 11 seconds into the Political Video, the lyrics of "running on empty" begins playing while a picture of Obama is shown with "Barack Obama: No Solutions" which changes to "Barack Obama: Not Ready to Lead."  The Political Video ends with a screen stating "paid for by the Ohio Republican Party.  www.ohiogop.org.  Not authorized by any candidate or candidate committee."  Browne's voice is heard for 9 seconds at the end of the Political Video.

12.    On August 4, 2008, I posted the Political Video on the ORP user link on YouTube.  After posting the Political Video on the Ohio YouTube user link, on August 4, 2008, I emailed a Press Release containing the link to the Political Video at Ohio GOP on YouTube using a software program called "Constant Contact".  Attached hereto as Exhibit 3 is a true and correct copy of the email press release I sent on August 4, 2008.

13.    As set forth in detail below, the target audience of this email Press Release was Ohio residents and news organizations and people interested in Ohio politics.  It was not aimed at a California audience.

14.    The email addresses of the individuals to whom I sent the Press Release using Constant Contact were separated into the following categories:  (1) News Links [378 email addresses]; (2) Local Media [222 email addresses]; (3) National Media [25 email addresses]; (4) Statehouse Press Corps [103 email addresses]; (5) ORP [40 email addresses]; (6) Value Voters (Coalition) [6 email addresses]; (7) Opinion Leaders (Coalition) [611 email addresses]; (8) County Party Leadership [16 email addresses];

and (9) State Committee [47 email addresses]. The total number of emails addresses is 1448.

14.  The News Links category contains email addresses of individuals who have signed-up to receive a daily email from the ORP with links to stories from Ohio's major newspapers and other national publications.

15.  The Local Media category contains email addresses for Ohio media outlets that do not have a reporter assigned to the Ohio Statehouse.

16.  The Nation Media category contains email addresses for reporters from media outlets outside Ohio that have covered politics in the Buckeye State. These addresses have been obtained by the ORP's communications department based upon the reporters' contact with the ORP.

17.  The Statehouse Press Corp category contains email addresses for reporters and media outlets that cover Ohio politics.

18.  The Value Voters category contains email addresses of individuals who represent organizations or groups focused on social issues in Ohio.

19.  The Opinion Leaders category contains email addresses of individuals in Ohio who are "opinion leaders" in their community. This list of email addresses was put together by the ORP political staff with input from county party leadership in Ohio's 88 counties. This list also includes individuals who are involved in Ohio Republican politics, such as legislators, statewide elected officials and their staff.

20.  County Party Leadership category contains email addresses of the Ohio county party chairs and their staff.

21.  The State Committee category contains email addresses of the members of the ORP State Committee.

22.  The ORP did not pay to have the Political Video run as a political advertisement on any television station.

23.  The Political Video did not include any solicitations for donations to the ORP and the email was not sent to the ORP donor list.

McClelland Declaration

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

24.    On August 6, 2008, Jason Mauk, Executive Director of the ORP instructed me to remove the Political Video from YouTube.  When I received these instructions, I deleted the Political Video from the Ohio user group's YouTube posting.  The ORP has not used the Political Video since that time.

I declare under penalty of perjury the foregoing is true and correct.  Executed this _14th_ day of November, 2008.

John McClelland

McClelland Declaration