1 | Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
2 | A Professional Corporation
240 Westgate Drive
3 | Watsonville, CA 95076
Telephone (831)722-2444
4 | Facsimile (831)722-6153

5 | Attorneys for Defendant The Ohio Republican Party

6

7 | UNITED STATES DISTRICT COURT

8 | CENTRAL DISTRICT OF CALIFORNIA

9 | WESTERN DIVISION

10

11 | JACKSON BROWNE, an individual,          No.   CV08-5334 RGK (Ex)

12 |                    Plaintiff,

13 | v.                                      **DECLARATION OF JASON MAUK
                                           IN SUPPORT OF DEFENDANT
14 | JOHN MCCAIN, an individual; THE         OHIO REPUBLICAN PARTY'S
REPUBLICAN NATIONAL                        MOTION TO DISMISS, etc.**
15 | COMMITTEE, a non-profit political
organization; THE OHIO                     Date:      December 8, 2008
16 | REPUBLICAN PARTY; a non-profit          Time:      9:00 am
political organization,                    Judge:     Hon. R. Gary Klausner
17 |                                         Place:     Courtroom 850
                     Defendants.
18

19

20 | I, Jason Mauk, declare as follows:

21 |      1.      I am employed as the Executive Director for the Ohio Republican Party

22 | located in Columbus, Ohio, a defendant in the above-captioned action.  I have been the

23 | Executive Director since February of 2007.  I began working for the Ohio Republican

24 | Party in 2001 first as the Communications Director, and subsequently, as the Political

25 | Director of the Ohio Republican Party.

26 |      2.      I have personal knowledge of the matters set forth in this Declaration

27 | except as to those matters set forth on information and belief, and as to those matters I

28

- 1 -

**Mauk Declaration**

am informed and believe them to be true. If called as a witness, I could and would testify competently to the matters set forth herein.

3. The Ohio Republican Party ("ORP") is a non-profit entity with its principal place of business in Columbus, Ohio. The ORP is organized as a "political party" as defined Ohio Rev. Code 3517.01(A)(1). As a political party, the ORP is an entity established by and regulated by Ohio law, particularly those provisions set forth in Ohio Rev. Code Title 35, as well as by its own constitution and bylaws. The ORP is required by Ohio Rev. Code 3517.02 to file with the Ohio Secretary of State a copy of its constitution and bylaws, also known as its Permanent Rules. A true and correct copy of these Permanent Rules is attached hereto as Exhibit 4.

4. The ORP is required to, and does, file periodic campaign finance reports with the Ohio Secretary of State regarding its financial activities, pursuant to Ohio Rev. Code 3517.10. The Ohio Secretary of State reviews and audits the ORP's campaign finance reports. The Ohio Elections Commission also has authority to review and investigate the ORP's advertisements in the event a complaint is filed with the Ohio Elections Commission regarding the truthfulness of those advertisements. Both the Ohio Secretary of State and the Ohio Elections Commission are located in Columbus, Ohio.

5. The members of the controlling committee of the ORP, also known as the Republican State Central and Executive Committee of Ohio, are elected by direct vote of Ohio's registered Republican voters at Ohio primary elections held in even numbered years, pursuant to Ohio Rev. Code §§ 3517.02 and 3517.03. All of the members of the ORP's Central and Executive Committee are, and are required by Ohio Rev. Code § 3517.02 to be, registered Ohio voters who reside in the Ohio districts that they represent.

6. The ORP's goal is to promote Republican candidates to the citizens of Ohio. The ORP provides the organizational structure for electing Republican candidates and for funding their candidacy. As stated in the Permanent Rules, Article

- 2 -

1, Section 4, the purpose of the ORP is to "manage the affairs of the Republican Party in the State of Ohio; have responsibility for its day-to-day operations at the State level; direct the general policy of the party organization; direct and conduct campaign activities;" and create the Ohio Republican Finance Committee to assist in fundraising efforts. The ORP is also charged to "perform all duties prescribed by the Ohio Revised Code, federal election law," the Permanent Rules and/or "by custom required of it."

7.     Robert T. Bennett is the Chairman of the Ohio Republican Party and has held this position since February of 1988. Kevin DeWine is the Deputy Chairman of the Ohio Republican Party and Kay Ayers is the Vice Chairman of the Ohio Republican Party. They all reside in Ohio.

8.     The Ohio Republican Party maintains a web site at www.ohiogop.org. The website design and hosting is provided by Midnet Media, a company with office in Columbus, Ohio, in Minster Ohio, and Chicago, Illinois. This web site provides information about our organization, information about Ohio political structure, Ohio Republican Candidates, news updates, County by County contact information for the ORP, and a contribution page. The target audience of this web site is Ohio residents. While this is essentially a passive web site, people from outside of Ohio can send in contributions to the Ohio Republican Party. Nevertheless, the contributions received are for the purpose of promoting the goals of the ORP as set forth in the Permanent Rules in the State of Ohio.

9.     All employees of the ORP reside in Ohio while employed by the ORP. We do not have any employees in California.

10.     All meetings of the ORP's controlling committee or its standing committees are held in Ohio.

11.     The ORP does not sell any goods or products, and thus, does not engage in any marketing or distribution of goods or services to California. The ORP does not

**Mauk Declaration**

sell any products or services through its website. The ORP does not have any type of

licensing or registration that would qualify it to do business in California.

12.     While the ORP uses services of California companies, like that of

YouTube, this type of file-sharing internet service is utilized without leaving the State

of Ohio.

13.     The ORP has no branch office or comparable facility in California, and

has no telephone listing or mailing address in California.

14.     The ORP has no bank accounts or other tangible personal or real property

in California.

15.     The ORP directs its promotional material to Ohio voters. The ORP does

not direct any of its fund raising activities specifically toward California residents or

any other state outside of Ohio, nor does it advertise in any publications that are

directed primarily toward California residents.

16.     In January of 2008, I travelled to California at the invitation of Mark

Preston, Political Editor of CNN, Washington, D.C. Political Division. I arrived in

California on January 30, 2008 and left on February 1, 2008.

17.     CNN wanted the Ohio Republican Party to co-sponsor a presidential

debate with the Ohio Democratic Party. Mr. Preston suggested that the Ohio

Republican Party send representatives to the presidential debates taking place in

California. I, along with Deputy Chairman Kevin DeWine, and Communications

Director John McClelland, attended the Republican Presidential Debate at Reagan

Library in Simi Valley, California.

18.     The purpose of this trip to California was to prepare for a similar debate

in Ohio. By attending the debate, CNN was able to show us how the program and

facility was set up to accommodate a debate format.

19.     Due to developments in the Republican primary race, CNN dropped its

plans to conduct any Ohio Republican Presidential Debate. A Democratic Presidential

Debate was held in Ohio, but it was hosted by MSNBC and not CNN.

- 4 -

20.     Prior to this trip in February of 2008, I had not been to California since the year 2000, at which time I was not working for the ORP.  I have resided in Ohio since 1997.

21.     The acts or omissions for which the ORP is sought to be held liable for in this action, as described in the Complaint, all occurred in Ohio.  The video referenced in paragraph 2 of the Complaint ("Political Video") was created by in Columbus, Ohio from either ORP Communications Director John McClelland's home office or his ORP office.

23.     The ORP did not target the Political Video to California voters or a California audience, but sought to communicate to Ohio voters by obtaining news coverage relating to the democratic presidential candidate Barak Obama's visit to the State of Ohio.  The Political Video was not used to raise funds for the ORP.

24.     It would place an unreasonable burden upon the ORP to defend in California because it is a not for profit political organization that only engages in its non-profit activities in Ohio.  Ohio law regulates the ORP and the State of Ohio has a strong interest in the political activities of its non-profit political organizations.

25.     All of the ORP employees who have any personal knowledge of the production of the Political Video and the organization of the ORP reside in Ohio.

26.     On August 6, 2008, Chairman Bennett advised me that he had received a letter from Plaintiff's counsel regarding the Political Video and he instructed me to take action to remove the Political Video from our Ohio GOP tv link.  I immediately spoke with John McClelland and instructed him to remove the Political Video.  The ORP has not used the Political Video since it was removed.

//

//

//

//

Mauk Declaration

27.     Before the ORP received this letter from Jackson Browne's attorney, I was not at all familiar with Jackson Browne's music and did not know where he lived or that he was politically active.

I declare under penalty of perjury the foregoing is true and correct. Executed this 14th day of November, 2008.

_____
Jason Mauk

Mauk Declaration