1  HOWARD J. KLEIN (NO. 77029)
   hjklein@koslaw.com
2  THEODORE P. LOPEZ (NO. 191328)
   tlopez@koslaw.com
3  SANG N. DANG (NO. 214558)
   sdang@koslaw.com
4  **KLEIN, O'NEILL & SINGH, LLP**
   43 Corporate Park
5  Suite 204
   Irvine, CA  92606
6  Telephone:  949-955-1920
   Facsimile:  949-955-1921
7
   Attorneys for Defendant,
8  THE REPUBLICAN NATIONAL COMMITTEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization,<br><br>Defendants. | CASE NO. CV08-05334 RGK (Ex)<br><br>**DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE'S NOTICE OF SPECIAL MOTION TO STRIKE UNDER C.C.P. § 425.16**<br><br><u>Hearing</u><br>Date:  December 8, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br>Judge: Hon. R. Gary Klausner |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on December 8, 2008, at 9:00 a.m., or as soon |
| 3 | thereafter as counsel may be heard, in Courtroom 850 of the above-entitled Court, the |
| 4 | Honorable R. Gary Klausner presiding, located at 255 East Temple Street, Los |
| 5 | Angeles, California 90012, Defendant The Republican National Committed ("RNC") |
| 6 | will and hereby does move the Court for an order striking the fourth claim for relief in |
| 7 | the Complaint filed by Jackson Browne ("Browne") under California's anti-SLAPP |
| 8 | statute, Code of Civil Procedure § 425.16. This Motion is made following the |
| 9 | conference of counsel pursuant to Local Rule 7-3, which took place on October 6, |
| 10 | 2008. |
| 11 | The Complaint's fourth claim for relief is based on speech in connection with a |
| 12 | public issue or issue of public interest. Accordingly, this claim falls within the scope of |
| 13 | Section 425.16(e)(4) and, as such, the burden shifts to Browne to establish, with |
| 14 | competent and admissible evidence, a probability that he will prevail on that claim. |
| 15 | C.C.P. § 425.16(b)(1). Browne cannot satisfy his burden for the following reasons: |
| 16 | (1) Browne's claim fails because the Political Video that is the subject of his |
| 17 | claim is non-commercial speech that relates to a matter of public interest; |
| 18 | (2) The Political Video that is the subject of his claim is subject to full and |
| 19 | stringent protection under the First Amendment, which bars the claim; and |
| 20 | (3) The use of Browne's voice in the Political Video was transformative thereby |
| 21 | precluding liability. |
| 22 | This Motion is based on this Notice and the concurrently-filed supporting |
| 23 | Memorandum of Points and Authorities, the RNC's concurrently-filed Notice of |
| 24 | Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) and the supporting |
| 25 | Memorandum of Points and Authorities, concurrently-filed Joint Request For Judicial |
| 26 | Notice, all papers, pleadings, records and files in this case, and on such other evidence |
| 27 | and/or argument as may be presented to the Court on the hearing on this Motion. |
| 28 | 1 |

1       The RNC respectfully requests that the Court strike the fourth claim for relief in Browne's Complaint with prejudice and without leave to amend.

DATED: November 17, 2008      KLEIN, O'NEILL & SINGH, LLP

By  /s/ Howard J. Klein
Howard J. Klein

Attorneys for Defendant,
THE REPUBLICAN NATIONAL COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

                                            /s/ Sang N. Dang  
                                            Sang N. Dang