KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
 liser@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
 jsteinsapir@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
 ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff Jackson Browne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization<br><br>Defendants. | Case No. CV 08-05334 RGK (Ex)<br><br>Hon. R. Gary Klausner, presiding<br><br>**JOINT STIPULATION TO CONTINUE HEARING AND SET BRIEFING SCHEDULE ON MOTIONS FILED BY DEFENDANTS**<br><br>**[Proposed Order Submitted Concurrently Herewith]** |

11166./41857.1

STIPULATION

Dockets.Justia.com

Plaintiff Jackson Browne ("Plaintiff"), by and through his counsel of record, and Defendants John McCain, the Ohio Republican Party ("ORP"), and Republican National Committee ("RNC") (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 17, 2008, Senator McCain filed a Special Motion to Strike Pursuant to California Code of Civil Procedure ("CCP") § 425.16 and a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), which are currently set for hearing on December 8, 2008;

WHEREAS, on November 17, 2008, the ORP filed a Motion to Dismiss Pursuant to FRCP 12(b)(2), (3) & (6); or Transfer Pursuant to 28 U.S.C. §§ 1404(a) & 1406(a); and a Motion to Strike pursuant to CCP § 425.16, which are currently set for hearing on December 8, 2008;

WHEREAS, on November 17, 2008, the RNC filed a Special Motion to Strike Pursuant to CCP § 425.16 and a Motion to Dismiss Pursuant to FRCP 12(b)(6), which are currently set for hearing on December 8, 2008;

WHEREAS, the six motions filed by Defendants raise complex issues regarding the law of Copyright, Trademark, and Right of Publicity including, *inter alia*, the extent to which the First Amendment precludes such claims in whole or in part, the extent of fair use under the copyright law in this context, whether the Lanham Act applies to political advertising, and the scope of this Court's jurisdiction over one or more Defendants and whether this is an appropriate and convenient venue for this action;

WHEREAS, due to the number of motions filed by Defendants and the complex issues raised therein, it will benefit the Court and the parties if Plaintiff has more than one week to oppose Defendants' motions and if Defendants have more than one week to respond to Plaintiff's oppositions to the motions;

WHEREAS, for the convenience of the Court and its staff, the parties desire to provide the Court with more than one week to prepare for the hearing on

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 Defendants' motions;

2 WHEREAS, due to the upcoming holidays in December and January and
3 previous obligations of the parties' attorneys, all parties are unable to attend a
4 hearing on Defendants' motions until February 2, 2009;

5 WHEREAS, the parties have made no prior request for a continuance of the
6 hearing date in connection with these motions;

7 IT IS HEREBY STIPULATED, and the parties respectfully request that the
8 Court Order, that all of Defendants' motions shall be set for hearing on February 2,
9 2009, and that Plaintiff's oppositions to the motions shall be filed and served no
10 later than January 7, 2009 and Defendants' replies shall be filed and served no later
11 than January 21, 2009; and

12 IT IS FURTHER STIPULATED that no party shall argue or assert that this
13 continuance of the hearing date on the CCP § 425.16 Motions shall violate or
14 conflict with the provisions of CCP § 425.16(f), and the parties respectfully request
15 that the Court so find.

16 A proposed order is lodged concurrently herewith.

18 DATED: November 19, 2008    KINSELLA WEITZMAN ISER KUMP &
                              ALDISERT LLP

21                              By: /s/Jonathan P. Steinsapir
                                    Jonathan P. Steinsapir
22                                  Attorneys for Jackson Browne

11166./41857.1

3

| | | |
|---|---|---|
| Dated: November 19, 2008 | | SPILLANE SHAEFFER ARONOFF BANDLOW LLP |

By: _____
Lincoln D. Bandlow

Attorneys for Defendant
JOHN MCCAIN


DATED: November 19, 2008    GRUNSKY, EBEY, FARRAR & HOWELL

By: _____
Rebecca Connolly
Attorneys for the Ohio Republican Party


DATED: November 19, 2008    KLEIN, O'NEILL & SINGH, LLP

By: _____
Howard Klein
Attorneys for the Republican National Committee

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

| | | |
|---|---|---|
| 1 | DATED: November 19, 2008 | SPILLANE SHAEFFER ARONOFF BANDLOW LLP |

By: _____
Lincoln Bandlow
Attorneys for John McCain

DATED: November 19, 2008    GRUNSKY, EBEY, FARRAR & HOWELL

By: _____
Rebecca Connolly
Attorneys for the Ohio Republican Party

DATED: November 19, 2008    KLEIN, O'NEILL & SINGH, LLP

By: /s/ Howard Klein
Howard Klein
Attorneys for the Republican National Committee

11166./41857.1

4
STIPULATION