KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
  jsteinsapir@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
  ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff Jackson Browne

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization<br><br>Defendants. | Case No. CV 08-05334 RGK (Ex)<br><br>Hon. R. Gary Klausner, presiding<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE HEARING AND SET BRIEFING SCHEDULE ON MOTIONS FILED BY DEFENDANTS** |

11166./41860.1

Dockets.Justia.com

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Having reviewed the Joint Stipulation to Continue the Hearing on Motions and Set Briefing Schedule Filed by all parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Senator McCain's Special Motion to Strike Pursuant to California Code of Civil Procedure ("CCP") § 425.16 and a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), the Ohio Republican Party's Special Motion to Strike Pursuant to CCP § 425.16 and Motion to Dismiss Pursuant to FRCP 12(b)(2), (3) & (6); or Transfer Pursuant to 28 U.S.C. §§ 1404(a) & 1406(a), and The Republican National Committee's Special Motion to Strike Pursuant to CCP § 425.16 and a Motion to Dismiss Pursuant to FRCP 12(b)(6) shall be heard on February 2, ~~2008~~ **2009** at 9:00 a.m.

2. Plaintiff Jackson Browne's Oppositions to the aforementioned motions shall be filed and served no later than January 7, 2009.

3. Defendants' Replies to Plaintiff's Oppositions shall be filed and served no later than January 21, 2009.

4. This continuance of the hearing date on the CCP § 425.16 Motions, and the parties' request therefor, shall not be construed as a violation of the provisions of CCP § 425.16(f).

DATED: November 21, 2008 _____

HONORABLE R. GARY KLAUSNER
United States District Judge