| | |
|---|---|
| 1 | Lincoln D. Bandlow (SBN 170449) |
| 2 | LATHROP & GAGE, LLP<br>1880 Century Park East, Suite 1004 |
| 3 | Los Angeles, CA 90067<br>Telephone: (310) 229-9300 |
| 4 | Fax: (310) 229-9380<br>lbandlow@lathropgage.com |
| 5 | |
| 6 | Attorneys for Defendant<br>JOHN MCCAIN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACKSON BROWNE., an individual | | CASE NO. CV08-05334 RGK (Ex) |
| Plaintiff, | | **NOTICE OF CHANGE OF FIRM NAME OF COUNSEL FOR DEFENDANT JOHN MCCAIN** |
| vs. | | |
| JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization, | | |
| Defendants. | | |

NOTICE OF CHANGE OF FIRM NAME

| | |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF |
| 2 | RECORD: PLEASE TAKE NOTICE THAT effective January 1, 2009, the name |
| 3 | of the law firm representing Defendant John McCain has changed from |
| 4 | SPILLANE SHAEFFER ARONOFF BANDLOW LLP to LATHROP & GAGE |
| 5 | LLP. |

The address and phone and fax numbers for the firm remain the same; namely:

1880 Century Park East, Suite 1004

Los Angeles, California 90067

(310) 229-9300 telephone

(310) 229-9380 fax

Mr. Bandlow's email address is now:

lbandlow@lathropgage.com

Please update your files accordingly.

Dated: January 2, 2009          LATHROP & GAGE LLP

By: _____
    Lincoln D. Bandlow

Attorneys for Defendant
JOHN MCCAIN