KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
 liser@kwikalaw.com
PATRICIA A. MILLETT (SBN 150756)
 pmillett@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
 jsteinsapir@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
 ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff Jackson Browne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization<br><br>　　　　Defendants. | CASE NO. CV08-5334 RGK(Ex)<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE DECLARATIONS OF JASON MAUK AND JOHN MCCLELLAND FILED IN SUPPORT OF DEFENDANT OHIO REPUBLICAN PARTY'S MOTION TO DISMISS**<br><br>Date:　　February 2, 2009<br>Time:　　9:00 a.m.<br>Judge:　　Hon. R. Gary Klausner<br>Place:　　Courtroom 850 |

Plaintiff Jackson Browne hereby objects to the following portions of the Declarations of Jason Mauk and John McClelland submitted by Defendant Ohio Republican Party in support of its motions to dismiss Plaintiff's complaint pursuant to FRCP 12(b)(2), (3) & (6); or to transfer pursuant to §§ 28 USC 1404(a) & 1406(a).

## **OBJECTIONS TO THE DECLARATION OF JASON MAUK**

1. Paragraph 21 in its entirety ("The acts or omissions for which the ORP is sought to be held liable for in this action, as described in the Complaint, all occurred in Ohio. The video referenced in paragraph 2 of the Complaint ('Political Video') was created in Columbus, Ohio from either ORP Communications Director John McClelland's home office or his ORP office."): **Lacks foundation and personal knowledge, conclusion and opinion.**

2. That portion of paragraph 23 which appears at p. 5:9-10 ("The ORP did not target the Political Video to California voters or a California audience . . ."): **Lacks foundation, conclusion and opinion.**

3. Paragraph 24 in its entirety ("It would place an unreasonable burden on the ORP to defend in California because it is not a for profit political organization that only engages in non-profit activities in Ohio. . . . Ohio has a strong interest in the political activities of its non-profit political organizations."): **Purports to state legal conclusions, lacks foundation and is contrary to the evidence that Mauk and others traveled to California on ORP business.**

4. Paragraph 25 in its entirety ("All of the ORP employees who have any personal knowledge of the production of the Political Video and the organization of

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

the ORP reside in Ohio."): **Lacks foundation and personal knowledge and is conclusory.**

## OBJECTIONS TO THE DECLARATION OF JOHN MCCLELLAND

5. That portion of paragraph 13 which appears at p. 4:21 ("It was not aimed at a California audience."): **Conclusion and opinion, contrary to the evidence that ORP's press release was sent to national media outlets.**

DATED: January 7, 2009        KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By:  ⎯⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯
    Lawrence Y. Iser
    Attorneys for Plaintiff Jackson Browne