KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
 liser@kwikalaw.com
PATRICIA A . MILLETT (SBN 150756)
 pmillett@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
 jsteinsapir@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
 ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Jackson Browne

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization<br><br>Defendants. | CASE NO. CV 08-05334 RGK (Ex)<br><br>**DECLARATION OF DONALD MILLER IN SUPPORT OF THE CONSOLIDATED OPPOSITION OF PLAINTIFF TO SPECIAL MOTIONS TO STRIKE UNDER C.C.P. § 425.16 FILED BY DEFENDANTS; CONSOLIDATED OPPOSITION TO MOTIONS TO DISMISS PURSUANT TO FRCP 12(b)(6) FILED BY DEFENDANTS; AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2), (3) & (6); OR TRANSFER PURSUANT TO §§ 28 U.S.C. 1404(a) & 1406(a)**<br><br>[Consolidated Opposition Of Plaintiff To Special Motions To Strike Under C.C.P. § 425.16 Filed By Defendants; Consolidated Opposition of Plaintiff To Motions to Dismiss Pursuant to FRCP 12(b)(6) Filed by Defendants; Opposition of Plaintiff To Motion to Dismiss Filed by Ohio Republican Party; Declaration of Jonathon Noyes; Evidentiary Objections; and Notice of Lodging filed concurrently herewith]<br><br>Hon. R. Gary Klausner<br>Date Filed: August 14, 2008 |

11166-00015/42584.1

# DECLARATION OF DONALD MILLER

I, Donald Miller, declare as follows:

1. I am the personal manager for Plaintiff Jackson Browne ("Plaintiff"). I have worked for Plaintiff since 1973 and have served as Plaintiff's manager since 1985. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Plaintiff is among the most well known singers in the world. In 1977, Plaintiff released his most commercially successful album entitled *Running on Empty*, which included a song sharing the same name. *Running on Empty* is one of Plaintiff's most famous and enduring songs, having reached number 11 on Billboard's top 100 list in 1978, and number 492 on *Rolling Stone* magazine's list of the top 500 greatest songs of all time in 2004. Attached hereto as Exhibit A is a true and correct copy of an article from Rolling Stone magazine listing its selections for the 500 greatest songs of all time. While Plaintiff has licensed *Running on Empty* for use in motion pictures such as *Forrest Gump*, he has never licensed *Running on Empty* for use in a commercial or advertising.

3. Plaintiff's musical career has spanned five decades, during which time he has played thousands of concerts on 6 continents and sold approximately 14 million albums. And while Plaintiff's career began in the 1960's, his popularity remains strong to this day as he continues to sell out venues throughout the world. Plaintiff's indelible legacy was cemented by his induction into the Rock and Roll Hall of Fame in 2004. Attached hereto as Exhibit B is the biography of Plaintiff maintained on the website of the Rock and Roll Hall of Fame at http://www.rockhall.com/inductee/jackson-Plaintiff. As Plaintiff's manager, I approved the content of this biography prior to its publication, and the matters set forth therein are true and correct. Additionally, in 2002, Plaintiff was the fourth recipient of the John Steinbeck Award, given to artists whose works exemplify the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  environmental and social values that were essential to the great California-born

2  author.

3      4.      In 2007, Plaintiff was inducted into the Songwriters Hall of Fame.

4  Attached hereto as Exhibit C is the biography of Plaintiff maintained on the website

5  of the Songwriters Hall of Fame at

6  http://www.songwritershalloffame.org/ceremony/entry/C3129/203912.  As

7  Plaintiff's manager, I approved the content of this biography prior to its publication,

8  and the matters set forth therein are true and correct.

9      5.      Plaintiff's vocal style is distinctive, his voice earnest and endearing.

10  The uniqueness of Plaintiff's voice is difficult to put into words, however, the most

11  apt written description of Plaintiff's voice that I have read came from a 1972 *Rolling

12  Stone* article, a true and correct copy of which is attached hereto as Exhibit D.

13      6.      Neither the Ohio Republican Party, the Republican National Committee

14  or Senator John McCain ("Defendants") sought or received permission to use

15  *Running on Empty* in any campaign advertisement.  Typically, when a third party

16  wants to use a composition by an artist that I manage, a request is made, and if

17  approved the song is licensed for a monetary fee.  Plaintiff did not receive

18  compensation, monetary or otherwise, from Defendants for their use of *Running on

19  Empty* in the commercial at issue in this litigation.

20      7.      In my capacity as his manager, I am familiar with and have personal

21  knowledge of the identities of Plaintiff's other professional representatives and

22  where they do business.  Cree Clover Miller and I are Plaintiff's managers and are

23  based in Studio City.  Plaintiff's booking agent is Carole Kinzel of Creative Artists

24  Agency, who is based in Century City.  Plaintiff's business manager is Tina

25  Fasbender, who is based in Santa Monica.  Plaintiff's transactional attorney

26  / / /

27  / / /

28  / / /

1 is Gary Gilbert of Manatt Phelps, based in West Los Angeles. Plaintiff's music
2 publishing is administered by Wixen Music Publishing based in Calabasas and
3 Plaintiff's record company is Inside Recordings, based in Studio City.

4 I declare under penalty of perjury under the laws of the United States of
5 America that the foregoing is true and correct.

6 Executed January 7, 2009, at Los Angeles, California.

7

8 _____
Donald Miller

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.8850

11166-00015/42584.1

# EXHIBIT A

Advertisement



PRINTER FRIENDLY

URL: http://www.rollingstone.com/news/coverstory/500songs

**Rollingstone.com**

Back to <u>The RS 500 Greatest Songs of All Time</u>

# The RS 500 Greatest Songs of All Time
## *(1-500)*

Posted Dec 09, 2004 12:00 AM

1. *Like a Rolling Stone*, Bob Dylan

2. *Satisfaction*, The Rolling Stones

3. *Imagine*, John Lennon

4. *What's Going On*, Marvin Gaye

5. *Respect*, Aretha Franklin

6. *Good Vibrations*, The Beach Boys

7. *Johnny B. Goode*, Chuck Berry

8. *Hey Jude*, The Beatles

9. *Smells Like Teen Spirit*, Nirvana

10. *What'd I Say*, Ray Charles

11. *My Generation*, The Who

12. *A Change Is Gonna Come*, Sam Cooke

13. *Yesterday*, The Beatles

14. *Blowin' in the Wind*, Bob Dylan

15. *London Calling*, The Clash

16. *I Want to Hold Your Hand*, The Beatles

17. *Purple Haze*, Jimi Hendrix

18. *Maybellene*, Chuck Berry

19. *Hound Dog*, Elvis Presley

20. *Let It Be*, The Beatles

ADVERTISEMENT



**EXHIBIT A**

21. *Born to Run*, Bruce Springsteen

22. *Be My Baby*, The Ronettes

23. *In My Life*, The Beatles

24. *People Get Ready*, The Impressions

25. *God Only Knows*, The Beach Boys

26. *A Day in the Life*, The Beatles

27. *Layla*, Derek and the Dominos

28. *(Sittin on) the Dock of the Bay*, Otis Redding

29. *Help!*, The Beatles

30. *I Walk the Line*, Johnny Cash

31. *Stairway To Heaven*, Led Zeppelin

32. *Sympathy for the Devil*, The Rolling Stones

33. *River Deep - Mountain High*, Ike and Tina Turner

34. *You've Lost That Lovin' Feelin'*, The Righteous Brothers

35. *Light My Fire*, The Doors

36. *One*, U2

37. *No Woman, No Cry*, Bob Marley and the Wailers

38. *Gimme Shelter*, The Rolling Stones

39. *That'll Be the Day*, Buddy Holly and the Crickets

40. *Dancing in the Street*, Martha and the Vandellas

41. *The Weight*, The Band

42. *Waterloo Sunset*, The Kinks

43. *Tutti-Frutti*, Little Richard

44. *Georgia on My Mind*, Ray Charles

45. *Heartbreak Hotel*, Elvis Presley

46. *Heroes*, David Bowie

47. *Bridge Over Troubled Water*, Simon and Garfunkel

48. *All Along the Watchtower*, Jimi Hendrix

49. *Hotel California*, The Eagles

50. *The Tracks of My Tears*, Smokey Robinson and the Miracles

51. *The Message*, Grandmaster Flash and the Furious Five

52. *When Doves Cry*, Prince

53. *Anarchy in the U.K.*, The Sex Pistols

54. *When a Man Loves a Woman*, Percy Sledge

55. *Louie Louie*, The Kingsmen

56. *Long Tall Sally*, Little Richard

57. *Whiter Shade of Pale*, Procol Harum

58. *Billie Jean*, Michael Jackson

59. *The Times They Are A-Changin'*, Bob Dylan

60. *Let's Stay Together*, Al Green

61. *Whole Lotta Shakin' Goin On*, Jerry Lee Lewis

62. *Bo Diddley*, Bo Diddley

63. *For What It's Worth*, Buffalo Springfield

64. *She Loves You*, The Beatles

65. *Sunshine of Your Love*, Cream

66. *Redemption Song*, Bob Marley and the Wailers

67. *Jailhouse Rock*, Elvis Presley

68. *Tangled Up in Blue*, Bob Dylan

69. *Crying*, Roy Orbison

70. *Walk On By*, Dionne Warwick

71. *California Girls*, The Beach Boys

72. *Papa's Got a Brand New Bag*, James Brown

73. *Summertime Blues*, Eddie Cochran

74. *Superstition*, Stevie Wonder

75. *Whole Lotta Love*, Led Zeppelin

76. *Strawberry Fields Forever*, The Beatles

77. *Mystery Train*, Elvis Presley

78. *I Got You (I Feel Good)*, James Brown

79. *Mr. Tambourine Man*, The Byrds

80. *I Heard It Through the Grapevine*, Marvin Gaye

81. *Blueberry Hill*, Fats Domino

82. *You Really Got Me*, The Kinks

83. _Norwegian Wood (This Bird Has Flown)_, The Beatles

84. _Every Breath You Take_, The Police

85. _Crazy_, Patsy Cline

86. _Thunder Road_, Bruce Springsteen

87. _Ring of Fire_, Johnny Cash

88. _My Girl_, The Temptations

89. _California Dreamin'_, The Mamas and The Papas

90. _In the Still of the Nite_, The Five Satins

91. _Suspicious Minds_, Elvis Presley

92. _Blitzkrieg Bop_, Ramones

93. _I Still Haven't Found What I'm Looking For_, U2

94. _Good Golly, Miss Molly_, Little Richard

95. _Blue Suede Shoes_, Carl Perkins

96. _Great Balls of Fire_, Jerry Lee Lewis

97. _Roll Over Beethoven_, Chuck Berry

98. _Love and Happiness_, Al Green

99. _Fortunate Son_, Creedence Clearwater Revival

100. _You Can't Always Get What You Want_, The Rolling Stones

Back to RS 500 Albums!

101. _Voodoo Child (Slight Return)_, Jimi Hendrix

102. _Be-Bop-A-Lula_, Gene Vincent and His Blue Caps

103. _Hot Stuff_, Donna Summer

104. _Living for the City_, Stevie Wonder

105. _The Boxer_, Simon and Garfunkel

106. _Mr. Tambourine Man_, Bob Dylan

107. _Not Fade Away_, Buddy Holly and the Crickets

108. _Little Red Corvette_, Prince

109. _Brown Eyed Girl_, Van Morrison

ADVERTISEMENT



110. _I've Been Loving You Too Long (to Stop Now)_, Otis Redding

111. _I'm So Lonesome I Could Cry_, Hank Williams

112. *That's All Right*, Elvis Presley

113. *Up on the Roof*, The Drifters

114. *Da Doo Ron Ron (When He Walked Me Home)*, The Crystals

115. *You Send Me*, Sam Cooke

116. *Honky Tonk Women*, The Rolling Stones

117. *Take Me to the River* , Al Green

118. *Shout (Parts 1 and 2)]*, The Isley Brothers

119. *Go Your Own Way*, Fleetwood Mac

120. *I Want You Back*,The Jackson 5

121. *Stand By Me*, Ben E. King

122. *House of the Rising Sun*, The Animals

123. *It's a Man's Man's Man's World*, James Brown

124. *Jumpin' Jack Flash*, The Rolling Stones

125. *Will You Love Me Tomorrow*, The Shirelles

126. *Shake, Rattle & Roll*, Big Joe Turner

127. *Changes*, David Bowie

128. *Rock & Roll Music*, Chuck Berry

129. *Born to Be Wild*, Steppenwolf

130. *Maggie May*, Rod Stewart

131. *With or Without You*, U2

132. *Who Do You Love*, Bo Diddley

133. *Won't Get Fooled Again*, The Who

134. *In the Midnight Hour*, Wilson Pickett

135. *While My Guitar Gently Weeps*, The Beatles

136. *Your Song*, Elton John

137. *Eleanor Rigby*, The Beatles

138. *Family Affair*, Sly and the Family Stone

139. *I Saw Her Standing There*, The Beatles

140. *Kashmir*, Led Zeppelin

141. *All I Have to Do Is Dream*, The Everly Brothers

142. *Please, Please, Please*, James Brown

143. *Purple Rain*, Prince

144. *I Wanna Be Sedated*, The Ramones

145. *Everyday People*, Sly and the Family Stone

146. *Rock Lobster*, The B-52's

147. *Lust for Life*, Iggy Pop

148. *Me and Bobby McGee*, Janis Joplin

149. *Cathy's Clown*, The Everly Brothers

150. *Eight Miles High*, The Byrds

151. *Earth Angel*, The Penguins

152. *Foxey Lady*, Jimi Hendrix

153. *A Hard Day's Night*, The Beatles

154. *Rave On*, Buddy Holly and the Crickets

155. *Proud Mary*, Creedence Clearwater Revival

156. *The Sounds of Silence*, Simon and Garfunkel

157. *I Only Have Eyes for You*, The Flamingos

158. *(We're Gonna) Rock Around the Clock*, Bill Haley and His Comets

159. *I'm Waiting for the Man*, The Velvet Underground

160. *Bring the Noise*, Public Enemy

161. *I Can't Stop Loving You*, Ray Charles

162. *Nothing Compares 2 U*, Sinead O'Connor

163. *Bohemian Rhapsody*, Queen

164. *Folsom Prison Blues*, Johnny Cash

165. *Fast Car*, Tracy Chapman

166. *Lose Yourself* , Eminem

167. *Let's Get It On*, Marvin Gaye

168. *Papa Was a Rollin' Stone*, The Temptations

169. *Losing My Religion*, R.E.M.

170. *Both Sides Now*, Joni Mitchell

171. *Dancing Queen*, Abba

172. *Dream On*, Aerosmith

173. *God Save the Queen*, The Sex Pistols

174. _Paint It, Black_, The Rolling Stones

175. _I Fought the Law_, The Bobby Fuller Four

176. _Don't Worry Baby_, The Beach Boys

177. _Free Fallin'_, Tom Petty

178. _September Gurls_, Big Star

179. _Love Will Tear Us Apart_, Joy Division

180. _Hey Ya!_, Outkast

181. _Green Onions_, Booker T. and the MG's

182. _Save the Last Dance for Me_, The Drifters

183. _The Thrill Is Gone_, B.B. King

184. _Please Please Me_, The Beatles

185. _Desolation Row_, Bob Dylan

186. _I Never Loved a Man (The Way I Love You)_, Aretha Franklin

187. _Back in Black_, AC/DC

188. _Who'll Stop the Rain_, Creedence Clearwater Revival

189. _Stayin' Alive_, The Bee Gees

190. _Knocking on Heaven's Door_, Bob Dylan

191. _Free Bird_, Lynyrd Skynyrd

192. _Wichita Lineman_, Glen Campbell

193. _There Goes My Baby_, The Drifters

194. _Peggy Sue_, Buddy Holly

195. _Maybe_, The Chantels

196. _Sweet Child O' Mine_, Guns N' Roses

197. _Don't Be Cruel_, Elvis Presley

198. _Hey Joe_, Jimi Hendrix

199. _Flash Light_, Parliament

200. _Loser_, Beck

Back to RS 500 Albums!
Back to RS 500 Songs!

ADVERTISEMENT

201. _Bizarre Love Triangle_, New Order

202. _Come Together_, The Beatles

203. *Positively 4th Street*, Bob Dylan

204. *Try a Little Tenderness*, Otis Redding

205. *Lean On Me*, Bill Withers

206. *Reach Out, I'll Be There*, The Four Tops

207. *Bye Bye Love*, The Everly Brothers

208. *Gloria*, Them

209. *In My Room*, The Beach Boys

210. *96 Tears*, ? and the Mysterians



211. *Caroline, No*, The Beach Boys

212. *1999*, Prince

213. *Your Cheatin' Heart*, Hank Williams

214. *Rockin' in the Free World*, Neil Young

215. *Sh-Boom*, The Chords

216. *Do You Believe in Magic*, The Lovin' Spoonful

217. *Jolene*, Dolly Parton

218. *Boom Boom*, John Lee Hooker

219. *Spoonful*, Howlin' Wolf

220. *Walk Away Renee*, The Left Banke

221. *Walk on the Wild Side*, Lou Reed

222. *Oh, Pretty Woman*, Roy Orbison

223. *Dance to the Music*, Sly and the Family Stone

224. *Good Times*, Chic

225. *Hoochie Coochie Man*, Muddy Waters

226. *Moondance*, Van Morrison

227. *Fire and Rain*, James Taylor

228. *Should I Stay or Should I Go*, The Clash

229. *Mannish Boy*, Muddy Waters

230. *Just Like a Woman*, Bob Dylan

231. *Sexual Healing*, Marvin Gaye

232. *Only the Lonely*, Roy Orbison

233. *We Gotta Get Out of This Place*, The Animals

234. *I'll Feel a Whole Lot Better*, The Byrds

235. *I Got a Woman*, Ray Charles

236. *Everyday*, Buddy Holly and the Crickets

237. *Planet Rock*, Afrika Bambaataa and the Soul Sonic Force

238. *I Fall to Pieces*, Patsy Cline

239. *The Wanderer*, Dion

240. *Son of a Preacher Man*, Dusty Springfield

241. *Stand!*, Sly and the Family Stone

242. *Rocket Man*, Elton John

243. *Love Shack*, The B-52's

244. *Gimme Some Lovin'*, The Spencer Davis Group

245. *The Night They Drove Old Dixie Down*, The Band

246. *(Your Love Keeps Lifting Me) Higher and Higher*, Jackie Wilson

247. *Hot Fun in the Summertime*, Sly and the Family Stone

248. *Rappers Delight*, The Sugarhill Gang

249. *Chain of Fools*, Aretha Franklin

250. *Paranoid*, Black Sabbath

251. *Mack the Knife*, Bobby Darin

252. *Money Honey*, The Drifters

253. *All the Young Dudes*, Mott the Hoople

254. *Highway to Hell*, AC/DC

255. *Heart of Glass*, Blondie

256. *Paranoid Android*, Radiohead

257. *Wild Thing*, The Troggs

258. *I Can See for Miles*, The Who

259. *Hallelujah*, Jeff Buckley

260. *Oh, What a Night*, The Dells

261. *Higher Ground*, Stevie Wonder

262. *Ooo Baby Baby*, Smokey Robinson

263. *He's a Rebel*, The Crystals

264. *Sail Away*, Randy Newman

265. *Tighten Up*, Archie Bell and the Drells

266. *Walking in the Rain*, The Ronettes

267. *Personality Crisis*, New York Dolls

268. *Sunday Bloody Sunday*, U2

269. *Roadrunner*, The Modern Lovers

270. *He Stopped Loving Her Today*, George Jones

271. *Sloop John B*, The Beach Boys

272. *Sweet Little Sixteen*, Chuck Berry

273. *Something*, The Beatles

274. *Somebody to Love*, Jefferson Airplane

275. *Born in the U.S.A.*, Bruce Springsteen

276. *I'll Take You There*, The Staple Singers

277. *Ziggy Stardust*, David Bowie

278. *Pictures of You*, The Cure

279. *Chapel of Love*, The Dixie Cups

280. *Ain't No Sunshine*, Bill Withers

281. *You Are the Sunshine of My Life*, Stevie Wonder

282. *Help Me*, Joni Mitchell

283. *Call Me*, Blondie

284. *(What's So Funny 'Bout) Peace Love and Understanding?*, Elvis Costello and the Attractions

285. *Smoke Stack Lightning*, Howlin' Wolf

286. *Summer Babe*, Pavement

287. *Walk This Way*, Run-DMC

288. *Money (That's What I Want)*, Barrett Strong

289. *Can't Buy Me Love*, The Beatles

290. *Stan*, Eminem featuring Dido

291. *She's Not There*, The Zombies

292. *Train in Vain*, The Clash

293. *Tired of Being Alone*, Al Green

294. *Black Dog*, Led Zeppelin

295. *Street Fighting Man*, The Rolling Stones

296. _Get Up, Stand Up_, Bob Marley and the Wailers

297. _Heart of Gold_, Neil Young

298. _One Way or Another_, Blondie

299. _Sign 'O' the Times_, Prince

300. _Like a Prayer_, Madonna

Back to RS 500 Albums!
Back to RS 500 Songs!

301. _Do Ya Think I'm Sexy?_, Rod Stewart

302. _Blue Eyes Crying In the Rain_, Willie Nelson

303. _Ruby Tuesday_, The Rolling Stones

304. _With a Little Help From My Friends_, The Beatles

305. _Say It Loud -- I'm Black and Proud_, James Brown

306. _That's Entertainment_, The Jam

307. _Why Do Fools Fall In Love_, Frankie Lymon and the Teenagers

308. _Lonely Teardrops_, Jackie Wilson

309. _What's Love Got To Do With It_, Tina Turner

310. _Iron Man_, Black Sabbath

311. _Wake Up Little Susie_, The Everly Brothers

312. _In Dreams_, Roy Orbison

313. _I Put a Spell on You_, Screamin' Jay Hawkins

314. _Comfortably Numb_, Pink Floyd

315. _Don't Let Me Be Misunderstood_, The Animals

316. _Wish You Were Here_, Pink Floyd

317. _Many Rivers to Cross_, Jimmy Cliff

318. _Alison_, Elvis Costello

319. _School's Out_, Alice Cooper

320. _Heartbreaker_, Led Zeppelin

321. _Cortez the Killer_, Neil Young

322. _Fight the Power_, Public Enemy

323. _Dancing Barefoot_, Patti Smith Group

324. _Baby Love_, The Supremes

ADVERTISEMENT



325. *Good Lovin'*, The Young Rascals

326. *Get Up (I Feel Like Being a) Sex Machine*, James Brown

327. *For Your Precious Love*, Jerry Butler and the Impressions

328. *The End*, The Doors

329. *That's the Way of the World*, Earth, Wind and Fire

330. *We Will Rock You*, Queen

331. *I Can't Make You Love Me*, Bonnie Raitt

332. *Subterranean Homesick Blues*, Bob Dylan

333. *Spirit in the Sky*, Norman Greenbaum

334. *Wild Horses*, The Rolling Stones

335. *Sweet Jane*, The Velvet Underground

336. *Walk This Way*, Aerosmith

337. *Beat It*, Michael Jackson

338. *Maybe I'm Amazed*, Paul McCartney

339. *You Keep Me Hanging On*, The Supremes

340. *Baba O'Riley*, The Who

341. *The Harder They Come*, Jimmy Cliff

342. *Runaround Sue*, Dion

343. *Jim Dandy*, Lavern Baker

344. *Piece of My Heart*, Big Brother and the Holding Company

345. *La Bamba*, Ritchie Valens

346. *California Love*, Dr. Dre and 2Pac

347. *Candle in the Wind*, Elton John

348. *That Lady (Part 1 and 2)*, The Isley Brothers

349. *Spanish Harlem*, Ben E. King

350. *The Locomotion*, Little Eva

351. *The Great Pretender*, The Platters

352. *All Shook Up*, Elvis Presley

353. *Tears in Heaven*, Eric Clapton

354. *Watching the Detectives*, Elvis Costello

355. *Bad Moon Rising*, Creedence Clearwater Revival

356. *Sweet Dreams (Are Made of This)*, Eurythmics

357. *Little Wing*, Jimi Hendrix

358. *Nowhere to Run*, Martha and the Vandellas

359. *Got My Mojo Working*, Muddy Waters

360. *Killing Me Softly With His Song*, Roberta Flack

361. *Complete Control*, The Clash

362. *All You Need Is Love*, The Beatles

363. *The Letter*, The Box Tops

364. *Highway 61 Revisited*, Bob Dylan

365. *Unchained Melody*, The Righteous Brothers

366. *How Deep Is Your Love*, The Bee Gees

367. *White Room*, Cream

368. *Personal Jesus*, Depeche Mode

369. *I'm A Man*, Bo Diddley

370. *The Wind Cries Mary*, Jimi Hendrix

371. *I Can't Explain*, The Who

372. *Marquee Moon*, Television

373. *Wonderful World*, Sam Cooke

374. *Brown Eyed Handsome Man*, Chuck Berry

375. *Another Brick in the Wall Part 2*, Pink Floyd

376. *Fake Plastic Trees*, Radiohead

377. *Hit the Road Jack*, Ray Charles

378. *Pride (In The Name of Love)*, U2

379. *Radio Free Europe*, R.E.M.

380. *Goodbye Yellow Brick Road*, Elton John

381. *Tell It Like It Is*, Aaron Neville

382. *Bitter Sweet Symphony*, The Verve

383. *Whipping Post*, The Allman Brothers Band

384. *Ticket to Ride*, The Beatles

385. *Ohio*, Crosby, Stills, Nash and Young

386. *I Know You Got Soul*, Eric B and Rakim

387. _Tiny Dancer_, Elton John

388. _Roxanne_, The Police

389. _Just My Imagination_, The Temptations

390. _Baby I Need Your Loving_, The Four Tops

391. _Band of Gold_, Freda Payne

392. _O-o-h Child_, The Five Stairsteps

393. _Summer in the City_, The Lovin' Spoonful

394. _Can't Help Falling In Love_, Elvis Presley

395. _Remember (Walkin' in the Sand)_, The Shangri-Las

396. _Thirteen_, Big Star

397. _(Don't Fear) the Reaper_, Blue Oyster Cult

398. _Sweet Home Alabama_, Lynyrd Skynyrd

399. _Enter Sandman_, Metallica

400. _Kicks_, Paul Revere and the Raiders

Back to RS 500 Albums!
Back to RS 500 Songs!

401. _Tonight's the Night_, The Shirelles

402. _Thank You (Falettinme Be Mice Elf Agin)_, Sly & the Family Stone

403. _C'mon Everybody_, Eddie Cochran

404. _Visions of Johanna_, Bob Dylan

405. _We've Only Just Begun_, The Carpenters

406. _I Believe I Can Fly_, R. Kelly

407. _In Bloom_, Nirvana

408. _Sweet Emotion_, Aerosmith

409. _Crossroads_, Cream

410. _Monkey Gone to Heaven_, Pixies

411. _I Feel Love_, Donna Summer

412. _Ode to Billie Joe_, Bobbie Gentry

413. _The Girl Can't Help It_, Little Richard

414. _Young Blood_, The Coasters

415. _I Can't Help Myself_, The Four Tops

ADVERTISEMENT



416. *The Boys of Summer*, Don Henley

417. *Fuck tha Police*, N.W.A.

418. *Suite: Judy Blue Eyes*, Crosby, Stills and Nash

419. *Nuthin' But a 'G' Thang*, Dr. Dre

420. *It's Your Thing*, The Isley Brothers

421. *Piano Man*, Billy Joel

422. *Lola*, The Kinks

423. *Blue Suede Shoes*, Elvis Presley

424. *Tumbling Dice*, The Rolling Stones

425. *William, It Was Really Nothing*, The Smiths

426. *Smoke on the Water*, Deep Purple

427. *New Year's Day*, U2

428. *Devil With a Blue Dress On/Good Golly Miss Molly*, Mitch Ryder and the Detroit Wheels

429. *Everybody Needs Somebody to Love*, Solomon Burke

430. *White Man in Hammersmith Palais*, The Clash

431. *Ain't It a Shame*, Fats Domino

432. *Midnight Train to Georgia*, Gladys Knight and the Pips

433. *Ramble On*, Led Zeppelin

434. *Mustang Sally*, Wilson Pickett

435. *Beast of Burden*, The Rolling Stones

436. *Alone Again Or*, Love

437. *Love Me Tender*, Elvis Presley

438. *I Wanna Be Your Dog*, The Stooges

439. *Pink Houses*, John Cougar Mellencamp

440. *Push It*, Salt-n-Pepa

441. *Come Go With Me*, The Del-Vikings

442. *Keep a Knockin'*, Little Richard

443. *I Shot the Sheriff*, Bob Marley and the Whailers

444. *I Got You Babe*, Sonny and Cher

445. *Come As You Are*, Nirvana

446. *Pressure Drop*, Toot and the Maytals

447. *Leader of the Pack*, The Shangri-Las

448. *Heroin*, The Velvet Underground

449. *Penny Lane*, The Beatles

450. *By the Time I Get to Phoenix*, Glem Campbell

451. *The Twist*, Chubby Checker

452. *Cupid*, Sam Cooke

453. *Paradise City*, Guns n' Roses

454. *My Sweet Lord*, George Harrison

455. *All Apologies*, Nirvana

456. *Stagger Lee*, Lloyd Price

457. *Sheena Is a Punk Rocker*, Ramones

458. *Soul Man*, Sam and Dave

459. *Rollin' Stone*, Muddy Waters

460. *One Fine Day*, The Chiffons

461. *Kiss*, Prince

462. *Respect Yourself*, The Staple Singers

463. *Rain*, The Beatles

464. *Standing in the Shadows of Love*, The Four Tops

465. *Surrender*, Cheap Trick

466. *Runaway*, Del Shannon

467. *Welcome to the Jungle*, Guns n' Roses

468. *Search and Destroy*, The Stooges

469. *It's Too Late*, Carole King

470. *Free Man in Paris*, Joni Mitchell

471. *On the Road Again*, Willie Nelson

472. *Where Did Our Love Go*, The Supremes

473. *Do Right Woman, Do Right Man*, Aretha Franklin

474. *One Nation Under a Groove*, Funkadelic

475. *Sabotage*, Beastie Boys

476. *I Want to Know What Love Is*, Foreigner

477. *Super Freak*, Rick James

478. _White Rabbit_, Jefferson Airplane

479. _Lady Marmalade_, Labelle

480. _Into the Mystic_, Van Morrison

481. _Young Americans_, David Bowie

482. _I'm Eighteen_, Alice Cooper

483. _Just Like Heaven_, The Cure

484. _I Love Rock 'N Roll_, Joan Jett

485. _Graceland_, Paul Simon

486. _How Soon Is Now?_, The Smiths

487. _Under the Boardwalk_, The Drifters

488. _Rhiannon (Will You Ever Win)_, Fleetwood Mac

489. _I Will Survive_, Gloria Gaynor

490. _Brown Sugar_, The Rolling Stones

491. _You Don't Have to Say You Love Me_, Dusty Springfield

492. _Running on Empty_, Jackson Browne

493. _Then He Kissed Me_, The Crystals

494. _Desperado_, The Eagles

495. _Shop Around_, Smokey Robinson and the Miracles

496. _Miss You_, The Rolling Stones

497. _Buddy Holly_, Weezer

498. _Rainy Night in Georgia_, Brook Benton

499. _The Boys Are Back in Town_, Thin Lizzy

500. _More Than a Feeling_, Boston

Back to RS 500 Albums!
Back to RS 500 Songs!

# EXHIBIT B



**ROCK AND ROLL** HALL OF FAME + MUSEUM

# Jackson Browne

**Induction Year: 2004**

**Induction Category: Performer**

Jackson Browne (vocals, guitar, keyboards; born October 9, 1948)

Jackson Browne has been both an introspective, cerebral songwriter and a politically attuned voice of conscience. He emerged in the early Seventies as a soul-baring young folksinger whose songs dealt with riddles of romance and existence. In his middle period he became a more extroverted rock and roller. Later work grew more topical in nature as Browne sang of political and social realities within and beyond our borders. "In a way, I don't choose what I write about - my subjects kind of choose me," this vanguard singer/songwriter explained in 1993. "It's a healing thing, a way of confronting what's important in my life at the time."

Though he was born on a German army base, Browne has lived in Southern California virtually all his life. He was only 23 when he released the auspicious debut album, *Jackson Browne (Saturate Before Using)*. Yet he'd been making waves as a songwriter for seven years. As an Orange County high-schooler, he fell in with a folksinging clique that included Tim Buckley, Steve Noonan and Greg Copeland. In 1967 he ventured to New York, brushing against Andy Warhol's scene and befriending Leonard Cohen and Lou Reed. A publishing deal with Elektra Records led to demo recordings of 30 original songs. During this period, other performers discovered his material. Browne seemed far wiser than his years on such early gems as "These Days" and "Shadow Dream Song," which were recorded by Tom Rush, Nico, Gregg Allman and others.

Browne signed with David Geffen's Asylum label in 1971. In fact, Geffen's desire to show Browne's talent to the world is a major reason he launched Asylum, which would become home to the Eagles, Joni Mitchell, Tom Waits and others. Browne's first three albums - *Saturate Before Using* (1972), *For Everyman* (1973) and *Late for the Sky* (1974) - are confessional singer-songwriter classics. From the outset he paid careful attention to the melding of words and music. Browne wasn't a folk purist, and songs like "Doctor My Eyes" - his first single and a Top Ten hit - rocked out in a rolling, Southern California way. Yet his early lyrics took a more genteel, eloquent and even courtly approach than the pop norm. "It was my literary period," Browne told *Rolling Stone*. "Long-form rambling songs in iambic pentameter with the run-on philosophical attitude. I was searching bleary-eyed for God in the

crowds."

*Saturate Before Using* was rife with thoughtful, lilting classics, including "Rock Me on the Water" and "Jamaica Say You Will." In a 1974 *Rolling Stone* profile, Cameron Crowe noted Browne's penchant for writing "song[s] of retrospection, of the man looking back at the child." *For Everyman* refined his burnished folk-rock approach and added two classics - "I Thought I Was a Child" and the optimistic "For Everyman" - to his growing canon. It also included his own versions of "These Days" and "Take It Easy," the Eagles hit he wrote with Glenn Frey.

Browne's third album, *Late for the Sky*, was his most ambitious and densely allegorical album. Its ambitious, big-themed songs included "Late for the Sky," "Fountain of Sorrow," "For a Dancer," "The Late Show" and the antinuclear finale, "Before the Deluge." It remains many hardcore fans' favorite Jackson Browne album. Two years passed before the release of The Pretender (1976), a cathartic album that had "the right blend of pessimism and endurance," according to Browne. His first wife, Phyllis, took her life early in its making, and Browne, after a period of mourning, responded with songs of painful, unflinching autobiography, including "Your Bright Baby Blues," "Here Come Those Tears Again" and "Sleep's Dark and Silent Gate." The popular title track made a compelling statement about the collision between soul and commerce that left many "caught between the longing for love and the struggle for the legal tender."

Browne followed it with the brilliantly conceived *Running On Empty* (1977), an audio-verite tour documentary drawn from concert performances and various settings on the road. His fine-tuned band included guitarist David Lindley - Browne's chief accompanist since For Everyman - whose parts perfectly suited Browne's songs. Their high-spirited performances of "Running on Empty" (#11) and the soulful oldie "Stay" (#20) made a multiplatinum phenomenon of *Running On Empty*. It reached #3, stayed on the charts for over a year, and sold more than 7 million copies. Moreover, the album further moved Browne from a folkish orientation to harder-rocking fare.

Browne's activist streak emerged in the late Seventies. In October 1979, he and Bonnie Raitt organized a series of star-studded benefit concerts for MUSE (Musicians United for Safe Energy). A triple live album from those shows, *No Nukes/The MUSE Concerts for a Non-Nuclear Future*, included Browne's performance of "Before the Deluge." His next album, *Hold Out* (1980), was Browne's first to reach #1, and it gave him two hit singles: "Boulevard" (#19) and "That Girl Could Sing" (#22). The biggest hit of Browne's career came in 1982 when "Somebody's Baby," from *Fast Times at Ridgemont High*, reached #7.

On his subsequent Eighties albums - *Lawyers in Love* (1983), *Lives in the Balance* (1986) and *World in Motion* (1989) - an increasingly politicized Browne paid increasing attention to real-world matters and expressed criticism of U.S. foreign policy during the Reagan years. While some wondered about his

shift from the personal to the political, Browne argued that "nothing is more personal than your political beliefs." He made good on his convictions by performing at numerous benefit concerts. Browne came full circle with a highly personal late-career masterwork, *I'm Alive* (1993), whose artfully introspective tone harked back to his beginnings. *Looking East* (1996) took a more varied approach, mingling leftist politics, world music, love songs and paeans to Los Angeles.

The 25th anniversary of Browne's debut album, *Saturate Before Using*, was marked by his first compilation, *The Next Voice You Hear: The Best of Jackson Browne* (1997). Browne undertook a series of solo acoustic tours in the new millennium. On *The Naked Ride Home* (2002), he tied the various strands of his songwriting - from the mystical language of the heart to matters of social and political concern - into a coherent whole.

## TIMELINE

October 9, 1948: Jackson Browne is born on a U.S. Army base in Heidelberg, West Germany.

1966: Jackson Browne signs a songwriting contract with Elektra Records. His early songs will be recorded by such artists as Tom Rush, Nico and the Nitty Gritty Dirt Band.

January 2, 1972: Jackson Browne's debut album, Saturate Before Using, is released. Propelled by the hit single "Doctor My Eyes" (#8), the album establishes Browne as a key singer/songwriter in the early Seventies.

October 15, 1973: For Everyman, Jackson Browne's second album, is released.

September 19, 1974: Jackson Browne's Late for the Sky, which completes a trilogy of brooding, metaphysical folk-rock albums, is released.

November 20, 1976: The Pretender, by Jackson Browne, enters the charts. Keyed by FM radio's adoption of the title song, the album reaches #4 - Browne's strongest showing to date.

December 6, 1977: Jackson Browne's Running On Empty - a conceptual live album drawn from the previous summer's tour - is released. It stays on the charts for over a year, peaking at #3.

September 19, 1979: The first in a series of antinuclear concerts, organized by Bonnie Raitt and Jackson Browne, is held at New York City's Madison Square Garden. A three-record set, No Nukes/The MUSE Concerts for a Non-Nuclear Future, will reach #19.

June 27, 1980: Hold Out, Jackson Browne's sixth album (and first to go #1), is released.

August 21, 1982: Jackson Browne's biggest hit, "Somebody's Baby" (#7), enters the Top Forty.

February 18, 1986: Jackson Browne releases Lives in the Balance, his fourth consecutive Top Ten album.

June 6, 1989: World in Motion, Jackson Browne's most overtly political album, is released.

October 11, 1983: I'm Alive, Jackson Browne's critically acclaimed tenth album, is issued.

February 13, 1996: Looking East, by Jackson Browne, makes its debut. It is only his second album of the Nineties.

September 1997: Jackson Browne's first greatest hits album, The Next Album You Hear, is released.

September 24, 2002: Jackson Browne releases The Naked Ride Home, his first new album in six years.

March 15, 2004: Jackson Browne is inducted into the Rock and Roll Hall of Fame at the nineteenth annual induction dinner. Bruce Springsteen is his presenter.

**Essential Songs**

The Pretender
Doctor My Eyes
Running on Empty
These Days
Late For the Sky
Fountain of Sorrow
Rock Me On the Water
For Everyman
Lives in the Balance
In the Shape of a Heart

**Recommended Reading**

**"A Child's Garden of Jackson Browne."**
Cameron Crowe. Rolling Stone (May 23, 1974): 39-44.

**"Are You Prepared for the Pretender—Jackson Browne?"**
Paul Nelson. Rolling Stone (December 10, 1976): 56-65.

**"Jackson Browne Adapts."**
Steve Pond. Rolling Stone (September 15, 1983): 33-39.

**Jackson Browne: The Story of a Hold Out**

# EXHIBIT C

SEARCH ▼

# 2007 AWARD & INDUCTION CEREMONY



▶▶ VIEW HALL OF FAME EXHIBIT

### Jackson Browne

Over the course of more than three decades, Jackson Browne has written and performed some of the most literate and moving songs in popular music. With classic albums including Late For The Sky, The Pretender, Running On Empty, and For Everyman, and songs like "Doctor My Eyes," "Rock Me On The Water," and "Lives In The Balance," he has defined a genre of songwriting that is charged with honesty, emotion and personal politics.

Jackson's artistry was recognized with his 2004 induction into the Rock and Roll Hall of Fame. He also received in 2004 an honorary Doctorate of Music from Occidental College in Los Angeles, for "a remarkable musical career that has successfully combined an intensely personal confessional masterpiece of lyrical artistry with a broader vision of social justice."

Browne's last album release was 2005's GRAMMY®-nominated Jackson Browne Solo Acoustic Vol. 1, presenting twelve songs culled from his acclaimed solo acoustic concerts performed worldwide.

Tracing the roots of Browne's career leads back to the mid-'60s and Los Angeles/Orange County folk clubs, where he played solo. Born in Germany to American parents, Jackson moved to Los Angeles at age 3, and, except for a short period living and working in New York City in the late 1960s, has always lived in Southern California.

His integral presence in the coffeehouse scene there ultimately led to his celebrated 1972 debut album, Jackson Browne. The now classic LP introduced ten original songs, including "Rock Me On The Water," and "Jamaica Say You Will," featuring David Crosby on harmony vocals. Crosby and Graham Nash sang on "Doctor My Eyes," the album's first single, which became a #8 hit on Billboard's pop singles chart.

Browne's 1973 follow-up, For Everyman, included "These Days," and "Take It Easy," co-written with Glenn Frey, which had been The Eagles' debut single and breakthrough hit the year before. 1974's Late For The Sky-cited by Rolling Stone that year as one of the '100 Best Albums,' and again in 1997 as one of the '200 Essential Rock Collection Albums,' and in 2003 as one of the '500 Greatest Albums Of All Time'-was Jackson's confessional masterpiece of lyrical introspection. The Pretender, following two years later, was a breakthrough album-Jackson's first to chart in the Billboard Top 10, peaking at #5. On the heels of that success came what stands as Jackson's top-selling album, 1977's seven-times platinum, life-on-the-road concept opus Running On Empty.

Browne's next project was the all-star series of concerts organized by Bonnie Raitt, Graham Nash, John Hall and Jackson in 1979 to benefit MUSE (Musicians United for Safe Energy). In addition to serving on the MUSE Foundation Board, Jackson helped edit and compile the 1980 3-LP live album from those shows. No Nukes/The MUSE Concerts for a Non-Nuclear Future featured a line-up including Bruce Springsteen, The Doobie Brothers, Carly Simon, James Taylor, Ry Cooder, Chaka Khan, Peter Tosh, and Tom Petty, among many others. The album, which includes Jackson's "Before The Deluge," climbed to #23 on Billboard's pop chart, a considerable feat for a triple-disc collection.

Jackson's studio work continued with 1980's Hold Out, a #1 album, featuring the hits "Boulevard" and "That Girl Could Sing." In 1982, Browne scored a #7 hit with the single "Somebody's Baby," from the soundtrack for Fast Times at Ridgemont High.

1983's Lawyers In Love also spawned several popular singles, including "Tender Is The Night" and "For A Rocker." In 1986, Jackson continued to develop his social focus with Lives In The Balance. This topical disc was included in Rolling Stone's 1986 'Best 100 Albums,' and again in their 1990 special issue of '100 Greatest Albums of the 1 980s.' 1989's World In Motion was a call to action even more explicitly political than its predecessor.

I'm Alive was a striking return to the personal and romantic subject matter that characterized Jackson's earlier work. Released in 1993, and widely considered a career highlight, the disc found Jackson revisiting matters of the heart and soul on tracks including "My Problem Is You" and "Sky Blue and Black." On 1996's Looking East, he addresses various aspects of personal growth and social struggles, and their

## SHOF Inductees

▶▶ Jackson Browne

▶▶ Don Black

▶▶ Irving Burgie

▶▶ Michael Masser

▶▶ Teddy Randazzo

▶▶ Bobby Weinstein

## Special Awards

Johnny Mercer Award
▶▶ Dolly Parton

Abe Olman Publisher Award
▶▶ Don Kirshner

Starlight Award
▶▶ John Legend

**EXHIBIT C**

interconnectedness in the world around him.

2002 marked the release of The Naked Ride Home, Jackson's first suite of all new songs since Looking East, and one of the most eclectic of his career, exploring the human condition with a grace and insight that became his trademarks.

Jackson Browne's overall body of work was celebrated in 2004 with the release of Elektra-Rhino's 2CD compilation The Very Best of Jackson Browne, featuring 32 songs selected from throughout his career. The one earlier compilation of Jackson's work is Elektra's 1997 single-disc overview The Next Voice You Hear: The Best of Jackson Browne.

In 2002, Jackson became the fourth recipient of the John Steinbeck Award, given to artists whose works best exemplify the environmental and social values that were essential to the great California-born author. Browne joins a group of honorees that now includes filmmaker John Sayles, playwrights Arthur Miller and Lanford Wilson, musician Bruce Springsteen, authors Tom Wolfe and Kurt Vonnegut, and Studs Terkel.

The search for truth and one's place in the world remain central to Jackson Browne's songs. "Everything in life is colored by your personality," Steinbeck once wrote, adding, "but as you mature you become more aware of outside things, less concerned about yourself." In that regard, Jackson has been an ever evolving and maturing creative voice, and a world citizen, for most of his life.

© 2002-2008 The Songwriters Hall of Fame | Contact Us

# EXHIBIT D



Find the school you attended in

Manual Arts High School
Members : 20358

Enter another zipcode:
90001
Submit

Login | New User

| ALL |

BROWSE BY NAME: A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #

# Jackson Browne

Main | Biography | From the Archives | Album Reviews | Photo Gallery | Videos | Discography

## Album Reviews

### Jackson Browne

Jackson Browne (Saturate Before Using)                    Hear it Now

RS:                        AVERAGE USER RATING:

2003

View Jackson Browne's page on Rhapsody

**EXHIBIT D**

It's not often that a single album is sufficient to place a new performer among the first rank of recording artists. Jackson Browne's long-awaited debut album chimes in its author with the resounding authority of an *Astral Weeks,* a *Gasoline Alley,* or an *After the Gold Rush.* Its awesome excellence causes one to wonder why, with Browne's reputation as an important songwriter established as far back as 1968, this album was so long in coming. Perhaps Browne acquired performing abilities worthy of his writing skill only after much hard work. Whatever the reason, *Jackson Browne* (Asylum SD 5051) is more than worth the years it took to be hatched.

I mention the possibility that Browne has honed his performing skill mainly because of a vocal style that bears a certain resemblance to Van Morrison's. Browne may well have used Morrison as a model, because that singer's dynamic phrasing and syntax–with those mid-phrase halts, word-packing and spreading, and drawn-out syllables–are integral parts of Browne's style, too. The Morrison influence is most audible in "Rock Me on the Water" and "Under the Falling Sky," with their lilting, gospel-like movement (these two would make excellent singles) but it comes across in subtler ways in several other songs.

But what might have seemed uncomfortably derivative in other hands becomes merely a sound starting point for Jackson; his artistry takes the Morrison elements to a place completely his own. For one thing, Browne's voice is uncolored except for a bluegrass nasality; it's not a particularly powerful voice, either, but it's quite flexible. That straight-faced, country - boy sound– somewhat akin to Clarence White's in tone–lends his vocal style an endearing, innocent earnestness that enables Browne to deal with overtly romantic themes without ever coming across as self-conscious or precious.

The songs themselves reveal Browne as a classic romanticist; they're possessed of that same earnest intensity found in his voice, and their prevailing moods are so strong that singers as diverse as Tom Rush, Johnny Darrell, Nico, and Clarence White can sing them without significantly altering their tone or substance. Browne's songs, no matter who sings them, seem to have a life of their own. After hearing this LP, it's clear to me that no one has done them nearly as well as Jackson himself, and it's not likely that anyone will.

"Jamaica, Say You Will," the opening track, is an exquisite love song, and it perfectly embodies Browne's writing and performing approach. This narrative of the relationship between the singer and Jamaica, the daughter of a long-absent sailor, vividly confirms Richard Goldstein's 1968 perception that "Jackson writes with rocky seacoasts in his head."

A full-chorded grand piano gives the song a rolling, even motion and a certain austerity of mood. Browne plays his voice off the piano's restrained tone, soaring up from his own basically understated vocal in mid-verse and chorus. This underplaying of mood lights Jackson's simple but evocative images with a muted radiance that aurally captures the look of *McCabe and Mrs. Miller.*

While the music sets the tone, Browne deftly tells the tale, his imagery charged with vivid suggestion. Jamaica and her lover share an idyllic, youthful romance in the high grass of a coastal village, but the singer feels a twinge of apprehension cut into his bliss: "Her father was a captain on the rolling seas,/She would stare across the water from the trees./The last time he was home, he held her on his knee/Told her next time they would sail together, just where they pleased...."

ADVERTISEMENT

Inevitably, the time comes; the singer laments that one day they'd been hiding from the world together, and on the next, without warning, "They had brought her things down to the bay./What could I do?" And his callow plea in the first chorus to "Fill my empty hours" becomes a plea of teeth-gritting urgency in the third to "Fill my sails/And we will sail until our waters have run dry." But there's no chance of his fulfilling his dream, as he's known all along.

Much of the dramatic force of "Jamaica" derives from its gorgeous choruses. Each chorus builds tension by offsetting its lyrical meter from the movement of the music, so that the first part of each line is packed tightly and the second part is stretched out, as here, in the second chorus:

*Jamaica Sayyy yoou wi-lll*
*Help-me-find-a Wayyy tooo fi-lll*
*My-lifeless-sails-and Stayyy uhhhntil*
*My ships have found the sea.*

Harmonies enter at the "Sayyy" section of each of the first three lines, accenting the rush of words that precedes them. All the tension built up by the struggle for balance between the lyrical and musical structures resolves itself gracefully in the even last line. Naturally, Browne's single-minded delivery drives the tension to even greater heights, and the song soars. It's as moving a love song as I've ever heard.



ADVERTISEMENT

What's astounding about this record is that there are a half dozen tracks of "Jamaica"-beauty ("Song for Adam" and "From Silver Lake" are especially affecting), and none of the ten songs is any less than brilliant *and* lovely. Each has the immediacy of a touch, due in part to Jackson's first-person approach.

The music is as direct and fluid as the lyrical content. It's arranged and played with appropriate restraint by a dozen Los Angeles session favorites, among them Sneeky Pete, Craig Doerge (his piano playing is particularly sensitive). Lee Sklar, and Russ Kunkel. David Crosby's harmonies haven't sounded this real since he left the Byrds. And although you'll hear, aside from the standard acoustic guitar, piano, and bass, the sounds of electric guitar, organ, mouth harp, pedal steel, and viola, these instruments are subdued and spread carefully through the ten songs. No one gets in Jackson's way it's completely his album.

Jackson Browne's sensibility is romantic in the best sense of the term: his songs are capable of generating a highly charged, compelling atmosphere throughout, and–just as important–of sustaining that pitch in the listener's mind long after they've ended.

Don't miss it.

**BUD SCOPPA**                    ▾ SHARE
(Posted: Mar 2, 1972)



  **Play All**

**How to Play**