KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikalaw.com
PATRICIA A. MILLETT (SBN 150756)
  pmillett@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
  jsteinsapir@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
  ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff Jackson Browne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization<br><br>    Defendants. | CASE NO. CV08-5334 RGK(Ex)<br><br>**NOTICE OF LODGING OF EVIDENCE IN SUPPORT OF THE OPPOSITION OF PLAINTIFF TO DEFENDANT OHIO REPUBLICAN PARTY'S MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(2), (3) AND (6); OR TRANSFER PURSUANT TO 28 U.S.C. §§ 1404(a) AND 1406(a)**<br><br>[Opposition and Declarations of Jonathon Noyes and Donald Miller Filed Concurrently Herewith]<br><br>Date:    February 2, 2009<br>Time:   9:00 a.m.<br>Judge:  Hon. R. Gary Klausner<br>Place:   Courtroom 850 |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jackson Browne ("Plaintiff") hereby lodges the following evidence in conjunction with the Declaration of Jonathon Noyes filed in support of Plaintiff's Opposition to Defendant Ohio Republican Party's Motion to Dismiss Complaint Pursuant To FRCP 12(b)(2), (3) and (6); Or Transfer Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a):

1. A DVD copy of a video created by the Ohio Republican Party in Los Angeles, California.

DATED: January 7, 2009         KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: _____/S/_____
Lawrence Y. Iser
Attorneys for Plaintiff Jackson Browne

11166./42654.1