Kinsella Weitzman Iser Kump & Aldisert
Lawrence Iser, Patricia A. Millett,
Jonathan Steinsapir and Gregory Gabriel
808 Wilshire Blvd., Ste. 300
Santa Monica, CA 90401-1894
Telephone: 310-566-9800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JACKSON BROWN | CASE NUMBER: CV 08-05334RGK(Ex) |
|---|---|
| PLAINTIFF(S) v. | |
| JOHN MCCAIN, et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Exhibit D to the Declaration of Jonathan Noyes in support of Consolidated Opposition of Plaintiff to special Motions to Strike Under C.C.P. Section 425.16

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [ ] Other

**Reason:**

- [ ] Under Seal
- [x] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required (*reason*):

January 7, 2009                    Jonathan Steinsapir
Date                               Attorney Name

                                   Plaintiff Jackson Browne
                                   Party Represented

Note: File one Notice in each case, each time you manually file document(s).