KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikalaw.com
PATRICIA A . MILLETT (SBN 150756)
  pmillett@kwikalaw.com
JONATHAN STEINSAPIR (SBN 226281)
  jsteinsapir@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
  ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Jackson Browne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization<br><br>Defendants. | CASE NO. CV 08-05334 RGK (Ex)<br><br>**DECLARATION OF JONATHAN P. STEINSAPIR IN SUPPORT OF PLAINTIFF JACKSON BROWNE'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:        February 2, 2009<br>Time:       9:00 a.m.<br>Courtroom:  850 (Roybal Bldg.)<br><br>Judge:      Hon. R. Gary Klausner |

11166-00015/42686.1

DECLARATION OF JONATHAN P. STEINSAPIR IN SUPPORT OF PLAINTIFF'S CONSOLIDATED
OPPOSITION TO DEFENDANTS FRCP 12(b)(6) MOTIONS

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# DECLARATION OF JONATHAN P. STEINSAPIR

I, Donald Miller, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Kinsella Weitzman Iser Kump & Aldisert LLP, attorneys of record for Plaintiff Jackson Browne. Unless stated on information and belief, I have personal knowledge of the following facts, and I could and would testify competently to such facts under oath.

2. On or around December 30, 2008, a search of the United States Patent & Trademark Office's ("PTO") publicly available Trademark Electronic Search System was conducted at my direction for marks prosecuted and/or obtained by the Defendants in this action. A simple search showed that Defendant Republican National Committee has sought protection for at least 118 marks (of course, not all the prosecutions led to registrations).

3. Attached as Exhibit B hereto is a true and correct copy of Registration No. 1,994,455 (Aug. 20, 1996) for the trademark and service mark GOPTV, which names Defendant Republican National Committee as the registrant. Among other things, the Registration notes a "first use in commerce" for "political booklets and posters" and for "television programming . . . in the field of politics." I downloaded the attached copy of this certificate from the PTO's website on January 7, 2009.

4. Attached as Exhibit B hereto is a true and correct copy of Registration No. 1,980,493 (June 18, 1996) for the trademark and service mark RISING TIDE, which names Defendant Republican National Committee as the registrant. Among other things, the Registration notes a "first use <u>in commerce</u>" for "television programming . . . in the field of politics." I downloaded the attached copy of this certificate from the PTO's website on January 7, 2009.

5. Attached as Exhibit C hereto is a true and correct copy of Registration No. 3,333,658 (Nov. 13, 2007) for the stylized service mark MCCAIN, which names John McCain 2008 – The Exploratory Committee, Inc., as registrant. Among

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 other things, the Registration notes a "first use <u>in commerce</u>" for "political
2 campaign services, namely fundraising in the field of politics." I downloaded the
3 attached copy of this certificate from the PTO's website on January 7, 2009.

4       6.     Attached as Exhibit D hereto is a true and correct copy of Registration
5 No. 3,395,543 (Mar. 11, 2008) for the service mark MCCAIN SPACE, which names
6 John McCain 2008 – The Exploratory Committee, Inc., as registrant. Among other
7 things, the Registration notes a "first use in commerce" for an online message board
8 "in the field of national policy and matters of interest to the national electorate." I
9 downloaded the attached copy of this certificate from the PTO's website on January
10 7, 2009.

11     I declare under penalty of perjury under the laws of California and the United
12 States of America that the foregoing is true and correct.

13     Executed January 7, 2009, in Santa Monica, California.

                                               /s/Jonathan P. Steinsapir
                                               Jonathan P. Steinsapir

**EXHIBIT A**

Int. Cls.: 16, 38 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 104 and 107

Reg. No. 1,994,455

United States Patent and Trademark Office  Registered Aug. 20, 1996

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



REPUBLICAN NATIONAL COMMITTEE (D.C. UNINCORPORATED POLITICAL ASSOCIATION)
CHIEF COUNSEL'S OFFICE
310 FIRST STREET, S.E.
WASHINGTON, DC 20003

FOR: CAMPAIGN PARAPHERNALIA, NAMELY POLITICAL BOOKLETS AND POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-21-1994; IN COMMERCE 7-21-1994.

FOR: TELECOMMUNICATIONS, NAMELY TELEVISION BROADCASTING AND SATELLITE BROADCASTING FOR TELEVISION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-21-1994; IN COMMERCE 7-21-1994.

FOR: TELEVISION SHOW PROGRAMMING AND PRODUCTION OF TELEVISION PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-21-1994; IN COMMERCE 7-21-1994.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GOP TV" OR "REPUBLICAN", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 74-571,225, FILED 9-8-1994.

STEVEN R. FINE, EXAMINING ATTORNEY

**EXHIBIT B**

Int. Cls.: **16, 38 and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 104 and 107**

**Reg. No. 1,980,493**

United States Patent and Trademark Office  Registered June 18, 1996

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# RISING TIDE

REPUBLICAN NATIONAL COMMITTEE (D.C. UNINCORPORATED POLITICAL ASSOCIATION)
CHIEF COUNSEL'S OFFICE
310 FIRST STREET, S.E.
WASHINGTON, DC 20003

FOR: MAGAZINES IN THE FIELD OF POLITICS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-28-1993; IN COMMERCE 9-28-1993.

FOR: TELECOMMUNICATIONS, NAMELY TELEVISION BROADCASTING AND SATELLITE BROADCASTING FOR TELEVISION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 1-27-1994; IN COMMERCE 1-27-1994.

FOR: TELEVISION PROGRAMMING AND EDUCATIONAL SERVICES, NAMELY TELEVISION PRODUCTION, CONDUCTING CLASSES, SEMINARS, WORKSHOPS AND CONFERENCES IN THE FIELD OF POLITICS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-27-1994; IN COMMERCE 1-27-1994.

SER. NO. 74-571,224, FILED 9-8-1994.

STEVEN R. FINE, EXAMINING ATTORNEY

**EXHIBIT C**

Int. Cls.: **35 and 36**

Prior U.S. Cls.: **100, 101 and 102**

United States Patent and Trademark Office

Reg. No. 3,333,658
Registered Nov. 13, 2007

# SERVICE MARK
## PRINCIPAL REGISTER



JOHN MCCAIN 2008 - THE EXPLORATORY COMMITTEE, INC. (DELAWARE CORPORATION)
P.O. BOX 16118
ARLINGTON, VA 22215

FOR: PROMOTING THE PUBLIC AWARENESS OF A CANDIDATE FOR ELECTION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-15-2006; IN COMMERCE 11-15-2006.

FOR: POLITICAL CAMPAIGN SERVICES, NAMELY FUNDRAISING IN THE FIELD OF POLITICS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-15-2006; IN COMMERCE 11-15-2006.

THE NAME IN THE MARK IDENTIFIES JOHN MCCAIN WHOSE CONSENT IS OF RECORD.

THE MARK CONSISTS OF A STAR WITH HORIZONTAL LINES ON EACH SIDE.

SER. NO. 77-081,105, FILED 1-11-2007.

KAREN K. BUSH, EXAMINING ATTORNEY

**EXHIBIT D**

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

United States Patent and Trademark Office

Reg. No. 3,395,543
Registered Mar. 11, 2008

## SERVICE MARK
PRINCIPAL REGISTER

# MCCAIN SPACE

JOHN MCCAIN 2008 - THE EXPLORATORY COMMITTEE, INC. (DELAWARE CORPORATION)
P.O. BOX 16118
ARLINGTON, VA 22215

FOR: PROVIDING ON-LINE ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF NATIONAL POLICY AND MATTERS OF INTEREST TO THE NATIONAL ELECTORATE, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 1-15-2007; IN COMMERCE 1-15-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPACE", APART FROM THE MARK AS SHOWN.

THE NAME IN THE MARK IDENTIFIES "JOHN MCCAIN", WHOSE CONSENT TO REGISTER IS MADE OF RECORD.

SN 77-092,422, FILED 1-26-2007.

KAREN K. BUSH, EXAMINING ATTORNEY