| | |
|---|---|
| 1 | HOWARD J. KLEIN (NO. 77029) |
| | hjklein@koslaw.com |
| 2 | THEODORE P. LOPEZ (NO. 191328) |
| | tlopez@koslaw.com |
| 3 | SANG N. DANG (NO. 214558) |
| | sdang@koslaw.com |
| 4 | **KLEIN, O'NEILL & SINGH, LLP** |
| | 43 Corporate Park |
| 5 | Suite 204 |
| | Irvine, CA  92606 |
| 6 | Telephone:  949-955-1920 |
| | Facsimile:  949-955-1921 |
| 7 | |
| 8 | Attorneys for Defendant, THE REPUBLICAN NATIONAL COMMITTEE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 13 | JACKSON BROWNE, an individual | CASE NO. CV08-05334 RGK (Ex) |
| 14 | Plaintiff, | |
| 15 | vs. | **REPLY IN SUPPORT OF DEFENDANT REPUBLICAN NATIONAL COMMITTEE'S MOTION TO DISMISS UNDER FRCP 12(b)(6)** |
| 16 | JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization, | |
| 17 | | |
| 18 | | |
| 19 | | Hearing: |
| | Defendants. | Date:  February 2, 2009 |
| 20 | | Time: 9:00 a.m. |
| | | Place: Courtroom 850 |

REPLY IN SUPPORT OF DEFENDANT RNC'S
MOTION TO DISMISS UNDER FRCP 12(b)(6)                              CASE NO. CV-08-05334 RGK (Ex)

| | |
|---|---|
| 1 | **MEMORANDUM OF POINTS AND AUTHORITIES** |
| 2 | |
| 3 | Defendant Republican National Committee ("the RNC") hereby joins the Reply |
| 4 | of Defendant John McCain ("McCain") in Support of the Defendants' Motions to |
| 5 | Dismiss under FRCP 12(b)(6). The RNC hereby adopts and incorporates herein the |
| 6 | Memorandum of Points and Authorities in McCain's Reply. |
| 7 | For the reasons set forth in the Motion and in the Reply of Defendant McCain, |
| 8 | the RNC's Motion to Dismiss under FRCP 12(b)(6) should be granted, and Plaintiff's |
| 9 | complaint and all causes of action alleged therein should be dismissed with prejudice. |

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Republican National Committee ("the RNC") hereby joins the Reply of Defendant John McCain ("McCain") in Support of the Defendants' Motions to Dismiss under FRCP 12(b)(6). The RNC hereby adopts and incorporates herein the Memorandum of Points and Authorities in McCain's Reply.

For the reasons set forth in the Motion and in the Reply of Defendant McCain, the RNC's Motion to Dismiss under FRCP 12(b)(6) should be granted, and Plaintiff's complaint and all causes of action alleged therein should be dismissed with prejudice.

Dated: January 21, 2009        KLEIN, O'NEILL & SINGH, LLP

By: /s/ Howard J. Klein
    Howard J. Klein
    Attorneys for Defendant
    Republican National Committee

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

/s/ Howard J. Klein

Howard J. Klein