Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831)722-2444
Facsimile (831)722-6153

Attorneys for Defendant The Ohio Republican Party

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization,<br><br>Defendants. | No. CV08-5334 RGK (Ex)<br><br>**REPLY DECLARATION OF JOHN MCCLELLAND IN SUPPORT OF DEFENDANT OHIO REPUBLICAN PARTY'S MOTION TO DISMISS, etc.**<br><br>Date: February 2, 2009<br>Time: 9:00 am<br>Judge: Hon. R. Gary Klausner<br>Place: Courtroom 850 |

I, John McClelland, declare as follows:

1. I am employed as the Communications Director for the Ohio Republican Party ("ORP") located in Columbus, Ohio, a defendant in the above-captioned action. I began working for the ORP in August of 2005 as Communications Director.

2. I have personal knowledge of the matters set forth in this Declaration except as to those matters set forth on information and belief, and as to those matters I am informed and believe them to be true. If called as a witness, I could and would testify competently to the matters set forth herein.

- 1 -

McClelland Reply Declaration

3. I have reviewed Exhibit "E" to the Declaration of Jonathan Noyes and am familiar with the 20 web videos depicted in Exhibit "E". These 20 web videos are representative of the remaining 118 videos that the ORP posted at its OhioGOPtv link.

4. As Communications Director, I am the person at the ORP who posts information at the ORP OhioGOPtv link. I produced and posted the web videos that are depicted in Exhibit "E" to the Noyes' Declaration. With these video clips, the ORP seeks to generate media interest concerning Ohio. The target audience of these web videos is Ohio.

5. As described in more detail below, each of the video clips listed at Exhibit E have a connection to Ohio and are about a campaign rally in an Ohio city, an Ohio sporting event, an Ohio politician, a candidate on the Ohio ballot, or the ORP itself.

   a. Fiesta Bowl Prediction – This video is a continuation of the previous video, Interview with Jon Husted, in which the outgoing Speaker of the Ohio House of Representatives, a former college football standout, makes a prediction about the outcome of the 2009 Fiesta Bowl between the Ohio State Buckeyes and the Texas Longhorns.

   b. Interview with Jon Husted – This video is an interview with the outgoing Speaker of the Ohio House of Representatives, Jon Husted, about his eight years in the Ohio House and four years as Speaker. We discussed his greatest accomplishments, working with Republican and Democrat governors, and his thoughts on the most important issues facing Ohio in the next few years.

   c. OhioGOPtv – This video highlights a recent report on former Ohio Attorney General Marc Dann issued by the Ohio Inspector General. The report details the level of corruption in the AG's office which led to Dann's resignation. The video also promoted the Salvation Army's Red Kettle Duel.

   d. Red Kettle Duel – This video contains highlights from the Salvation Army's Red Kettle Duel, a friendly challenge between the Ohio Republican

and Democrat parties to raise money during the holidays for people in need in central Ohio.

  e. Joe the Plumber on the Ohio Democrats' Cover Up – This video is an interview in which Samuel Wurzelbacher, a.k.a Joe the Plumber, talks about the controversial search of his personal records by Democrats in the administration of Ohio Governor Ted Strickland. The Director of the Ohio Department of Job and Family Services, Helen Jones-Kelly, was given an unpaid leave of absence for searching his records.

  f. Ohio GOP Post Election – This video is on a post election press briefing held by incoming Ohio Republican Party Chairman Kevin DeWine. The president of the Ohio College Republican Federation is also interviewed on the importance of reaching out to younger voters.

  g. Romney Rallies Volunteers at Columbus Victory Center – This video is a brief speech from Mitt Romney at a Victory Center in Columbus the day before the November presidential election. Romney points out many of the policy differences between John McCain and Barack Obama.

  h. Jennifer Brunner – This video is a compilation of many news reporters quoting the name of Ohio Secretary of State Jennifer Brunner, who said in 2006 that no one would know her name if she was doing her job well. She is a controversial figure in Ohio who became the topic of national news coverage questioning the integrity of Ohio's election.

  i. Palin Columbus Rally – This video contains parts of a speech given by Republican Vice Presidential candidate Sarah Palin at a rally in the Columbus area the weekend before the 2008 presidential election.

  j. John McCain Rally in Columbus – This video contains the speech given by John McCain at a rally in Columbus the weekend before the election. This was the speech given by McCain following his introduction by California Governor Arnold Schwarzenegger, who has long-standing ties in Ohio.

k. Schwarzenegger Campaigns for McCain in Columbus – This video is a speech given by California Governor Arnold Schwarzenegger at a campaign rally for Republican presidential nominee John McCain in Columbus, Ohio the weekend before the 2008 presidential election. Schwarzenegger makes a few jokes and talks about his ties to Ohio, but the bulk of his speech focuses on the disagreements he has with the policy initiatives of Barack Obama.

l. Jennifer Brunner says SE Ohioans "not progressive enough" – This video is a portion of a brief interview of Ohio Secretary of State Jennifer Brunner about the voting process in Ohio. Brunner hints that some voters outside Ohio cities may not vote for an African-American, continuing a troubling tradition of some liberals who disdain people who live outside of metropolitan areas and believe their social values are "not progressive enough."

m. Fight Ohio Fraud – This video is a video version of a radio advertisement paid by the Ohio Republican Party to highlight Ohio Secretary of State Jennifer Brunner's efforts to disenfranchise Republican voters in Ohio while breaking down safeguards to protect the integrity of Ohio's election. This was the only paid advertisement on radio or television made by the Ohio Republican Party during the 2008 presidential election.

n. Kevin DeWine on Fox News – This video is an interview with incoming Ohio Republican Party chairman Kevin DeWine, discussing the controversial administration of the Ohio election by Democrat Secretary of State Jennifer Brunner. They also discuss legislation filed in Ohio and federal courts seeking to require the Secretary of State to do her job and reveal information on questionable voter registrations to Ohio county boards of elections.

o. Rep. Danny Bubp from Iraq – This video is an interview with Ohio State Representative Danny Bubp, a marine colonel serving in Iraq who was also running for reelection to the Ohio House of Representatives. Col. Bubp discusses

McClelland Reply Declaration

running from so far away from home and the improvements in security and safety in Iraq.

  p. OhioGOPtv – Oct. 20, 2008 – This video report contains quotes from Ohio newspaper endorsements of McCain and Obama during the 2008 presidential election. It also contains portions of speeches by John McCain and Sarah Palin from Ohio that week, specifically about "Joe the Plumber's" questioning of Barack Obama, and details about issues of voter fraud in Ohio's three major cities, Columbus, Cleveland and Cincinnati.

  q. Mr. Squirrel Visits Columbus, Ohio – This video was taken during a Democrat press conference at the Ohio Statehouse as part of the effort to educate people about the connections between the Obama campaign and ACORN (Association of Community Organizations for Reform Now). ACORN was accused of numerous election fraud activities in Ohio and other states, so the Republican National Committee created a web site and sent out the squirrel costume to stage "street theater" demonstrations to draw attention to the Obama/ACORN connection.

  r. McCain Rally at Otterbein (all three videos listed in Exhibit "E" are the same) – This video is a portion of John McCain's campaign speech at Otterbein College in central Ohio. McCain talks about the importance of Ohio in the election, "Joe the Plumber" and Obama's comments to "spread the wealth", and his policy initiatives on taxes and spending.

  6. I am also familiar with the web video described in paragraph 5 of the Noyes Declaration and manually filed as Exhibit "D" that is titled "Los Angeles Video Blog". I am depicted in the video reporting on the attendance at the Republican Presidential Debate described in my previously filed declaration at paragraph 4.

  7. At approximately 1 minute and 20 seconds into this video, I reported on former Ohio Attorney General Marc Dann's excessive use of the official airplane for the State of Ohio.

8. At approximately 1 minute and 45 seconds into the video, I reported on the news that the ORP was partnering with CNN to bring a Republican presidential debate to Ohio. I commented that no Republican has ever won the White House without winning Ohio during my presentation. As described in the Declaration of Jason Mauk, at paragraph 19, CNN dropped its plans to conduct a debate in Ohio due to developments in the Republican primary race.

I declare under penalty of perjury the foregoing is true and correct. Executed this 21 day of January, 2009.

_____
John McClelland