# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-05334-RGK (Ex) | Date | January 29, 2009 |
|---|---|---|---|
| Title | Jackson Browne v. John McCain, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Yvette R. Louis | Not Reported | N/A |
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Defendant McCain's Motion to Strike the Fourth Claim of the Complaint (DE 15)**
**Defendant McCain's Motion to Dismiss Case Under FRCP 12(b)(6) (DE 19)**
**Defendant the Ohio Republican Party's Motion to Dismiss the Case Under FRCP 12(b)(2), (3), and 6 (DE 24)**
**Defendant the Republican National Committee's Motion to Dismiss Under FRCP 12(b)(6) (DE 27)**
**Defendant the Republican National Committee's Motion to Strike the Fourth Claim of the Complaint (29)**

The Court hereby advises counsel that the above-referenced motions set for hearing on February 2, 2009 at 9:00 a.m. are taken **UNDER SUBMISSION** and taken off the motion calendar. Furthermore, **no appearance by counsel is necessary** and the Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | YRL |