UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACKSON BROWNE, | ) | No. CV 08-05334-RGK (Ex) |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER SETTING |
| vs. | ) | SCHEDULING CONFERENCE |
| | ) | |
| JOHN McCAIN., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

This matter is set for a scheduling conference on **April 20, 2009 at 9:00 a.m.** The Conference will be held pursuant to F.R.Civ. P. 16(b). <u>Trial counsel</u> must be present and there are no telephonic appearances. Counsel are ordered to file a joint statement providing a brief factual summary of the case, including the claims being asserted. The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference, and to file a joint statement with the Court not later than 14 days after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions.

Plaintiff's counsel is directed to give notice of the scheduling conference to all parties that have appeared in this action, and is further directed to give notice of the scheduling conference immediately to each party that makes an initial appearance in the action after this date.

Not later than 5 court days prior to the Scheduling Conference, counsel are ordered to confer and electronically file Form ADR-1 (and proposed order), selecting one of the three settlement options available.

DATED: February 20, 2009

R. Gary Klausner
United States District Judge