1 | Lincoln D. Bandlow (SBN 170449)
2 | LATHROP & GAGE LLP
  | 1880 Century Park East, Suite 1004
3 | Los Angeles, California 90067
  | Telephone: (310) 789-4600
4 | Fax: (310) 789-4601
  | Email: lbandlow@lathropgage.com

Attorneys for Defendant
JOHN MCCAIN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual | CASE NO. CV08-05334 RGK (Ex) |
| Plaintiff, | |
| vs. | **REPRESENTATION STATEMENT OF DEFENDANT JOHN MCCAIN** |
| JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization, | |
| Defendants. | |

| | |
|---|---|
| 1 | The undersigned represents John McCain, defendant and appellant in this |
| 2 | matter, and no other party.  The following is a list of all of the parties to the action and |
| 3 | the information regarding their counsel.  (F.R.A.P. 12(b); Ninth Circuit Rule 3-2(b)). |

**Plaintiff Jackson Browne**
Lawrence Y. Iser (SBN 094611)
Jonathan Steinsapir (SBN 226281)
Gregory S. Gabriel (SBN 239902)
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 566-9800
Fax: (310) 566-9850
Email: liser@kwikalaw.com
jsteinsapir@kwikalaw.com
ggabriel@kwikalaw.com

**Defendant John McCain**
Lincoln D. Bandlow (SBN 170449)
LATHROP & GAGE LLP
1880 Century Park East, Suite 1004
Los Angeles, CA 90067-2627
Telephone: (310) 789-4600
Fax: (310) 789-4601
Email: lbandlow@lathropgage.com

**Defendant Republican National Committee**
Howard Klein (SBN 77029)
KLEIN, O'NEIL & SINGH, LLP
43 Corporate Park Ste 204
Irvine, CA 92606
Telephone: (949) 955-1920
Fax:  (949) 955-1921
Email:  hjklein@koslaw.com

Dated:	March 10, 2009	LATHROP & GAGE LLP

By: _____
    Lincoln D. Bandlow

Attorneys for Defendant
JOHN MCCAIN