Form 6. Civil Appeals Docketing Statement | USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

**TITLE IN FULL:**

Jackson Browne, an individual

vs.

John McCain, an individual; The Republican National Committee, a non-profit political organization; The Ohio Republican Party, a non-profit political organization

**DISTRICT:** Central of CA    **JUDGE:** Hon. R. Gary Klausner

**DISTRICT COURT NUMBER:** CV08-05334

**DATE NOTICE OF APPEAL FILED:** 3/10/09

**IS THIS A CROSS-APPEAL?** ☐ YES

**IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):**

N/A

**BRIEF DESCRIPTION OF ACTION AND RESULT BELOW:**

Right of publicity, Lanham Act and copyright claims regarding use of Browne's song in a political video. Defendant's Motion to Strike under California Anti-SLAPP statute and Motion to Dismiss denied.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Application of First Amendment, public interest, transformative use and related doctrines to right of publicity claim asserted against political speech; application of First Amendment, fair use, artistic relevance and related doctrines to copyright and trademark claims asserted against political speech.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

N/A

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.

## LOWER COURT INFORMATION

### JURISDICTION

**FEDERAL**
- ☒ FEDERAL QUESTION
- ☒ DIVERSITY
- ☐ OTHER (SPECIFY)

**APPELLATE**
- ☐ FINAL DECISION OF DISTRICT COURT
- ☒ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT
- ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):
- ☐ OTHER (SPECIFY):

### DISTRICT COURT DISPOSITION

**TYPE OF JUDGMENT / ORDER APPEALED**
- ☐ DEFAULT JUDGMENT
- ☐ DISMISSAL / JURISDICTION
- ☐ DISMISSAL / MERITS
- ☐ SUMMARY JUDGMENT
- ☐ JUDGMENT / COURT DECISION
- ☐ JUDGMENT / JURY VERDICT
- ☐ DECLARATORY JUDGMENT
- ☐ JUDGMENT AS A MATTER OF LAW
- ☐ OTHER (SPECIFY):

**RELIEF**
- ☐ DAMAGES:
  SOUGHT $_____
  AWARDED $_____
- ☐ INJUNCTIONS:
  ☐ PRELIMINARY
  ☐ PERMANENT
  ☐ GRANTED
  ☐ DENIED
- ☐ ATTORNEY FEES:
  SOUGHT $_____
  AWARDED $_____
  ☐ PENDING
- ☐ COSTS: $_____

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED ( SEE 9TH CIR. RULE 3-2
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_[signature]_
Signature

3/10/09
Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: Lincoln Bandlow

FIRM: Lathrop & Gage LLP

ADDRESS: 1880 Century Park East, Suite 1004
Los Angeles, CA 90067

E-MAIL: lbandlow@lathropgage.com

TELEPHONE: (310) 789-4600

FAX: (310) 789-4601

* THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL*
* IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS*