HOWARD KLEIN (NO. 77029)
hjklein@koslaw.com
THEODORE P. LOPEZ (NO. 191328)
tlopez@koslaw.com
SANG N. DANG (NO. 214558)
sdang@koslaw.com
**KLEIN, O'NEILL & SINGH, LLP**
43 Corporate Park, Suite 204
Irvine, California 92606
Telephone: (949) 955-1920
Fax: (949) 955-1921

Attorneys for Defendant
THE REPUBLICAN NATIONAL COMMITTEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization,<br><br>Defendants. | CASE NO. CV-08-05334 RGK (Ex)<br><br>**REPRESENTATION STATEMENT OF DEFENDANT THE REPUBLICAN NATIONAL COMMITTEE** |

| | |
|---|---|
| 1 | The undersigned represents the Republican National Committee, defendant and |
| 2 | appellant in this matter, and no other party.  The following is a list of all of the parties |
| 3 | to the action and the information regarding their counsel.  *See* F.R.A.P. 12(b); *see also* |
| 4 | Ninth Circuit Rule 3-2(b). |

**Plaintiff Jackson Browne**
Lawrence Y. Iser (SBN 094611)
Jonathan Steinsapir (SBN 226281)
Gregory S. Gabriel (SBN 239902)
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 566-9800
Fax: (310) 566-9850
Email: liser@kwikalaw.com
jsteinsapir@kwikalaw.com
ggabriel@kwikalaw.com

**Defendant John McCain**
Lincoln D. Bandlow (SBN 170449)
LATHROP & GAGE LLP
1880 Century Park East, Suite 1004
Los Angeles, CA 90067-2627
Telephone: (310) 789-4600
Fax: (310) 789-4601
Email: lbandlow@lathropgage.com

**Defendant Republican National Committee**
Howard Klein (SBN 77029)
KLEIN, O'NEIL & SINGH, LLP
43 Corporate Park Ste 204
Irvine, CA 92606
Telephone: (949) 955-1920
Fax: (949) 955-1921
Email: hjklein@koslaw.com

Dated: March 10, 2009          **KLEIN, O'NEILL & SINGH, LLP**


By: /s/ Howard J. Klein
         Howard J. Klein

Attorneys for Defendant
THE REPUBLICAN NATIONAL
COMMITTEE

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record. Furthermore, I served the foregoing to all counsel of record by electronic mail.

                                        /s/ Sang N. Dang
                                            Sang N. Dang