**Form 6. Civil Appeals Docketing Statement**

**USCA DOCKET # (IF KNOWN)**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| | |
|---|---|
| **TITLE IN FULL:** JACKSON BROWNE, an individual, Plaintiff vs. JOHN McCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization, Defendants | **DISTRICT:** Central  **JUDGE:** Honorable R. Gary Klausner  **DISTRICT COURT NUMBER:** 08-CV-05334-RGK (Ex)  **DATE NOTICE OF APPEAL FILED:** 03/10/09  **IS THIS A CROSS-APPEAL?** ☐ YES  **IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):** N/A |

**BRIEF DESCRIPTION OF ACTION AND RESULT BELOW:**
Plaintiff Browne asserted claims based on the right of publicity, the Lanham Act, and copyright regarding the use of his song in a political video. Defendant RNC's motion to strike under the California Anti-SLAPP statute and motion to dismiss were denied.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
N/A

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**
Application of First Amendment, public interest, transformative use and related doctrines to the right of publicity claim asserted against political speech; application of First Amendment, fair use, artistic relevance and related doctrines to copyright and trademark claims asserted against political speech.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**
☐ Possibility of settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.

Dockets.Justia.com

| LOWER COURT INFORMATION | | | Page 2 of 2 |
|---|---|---|---|
| JURISDICTION | | DISTRICT COURT DISPOSITION | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT / ORDER APPEALED | RELIEF |
| ☒ FEDERAL QUESTION<br><br>☒ DIVERSITY<br><br>☐ OTHER (SPECIFY) | ☐ FINAL DECISION OF DISTRICT COURT<br><br>☒ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br><br>☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL / JURISDICTION<br>☐ DISMISSAL / MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT / COURT DECISION<br>☐ JUDGMENT / JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☐ OTHER (SPECIFY): | ☐ DAMAGES:<br>　SOUGHT $_____<br>　AWARDED $_____<br>☐ INJUNCTIONS:<br>　☐ PRELIMINARY<br>　☐ PERMANENT<br>　☐ GRANTED<br>　☐ DENIED<br><br>☐ ATTORNEY FEES:<br>　SOUGHT $_____<br>　AWARDED $_____<br>　☐ PENDING<br><br>☐ COSTS: $_____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED ( SEE 9TH CIR. RULE 3-2
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_/s/_ Signature

March 10, 2009 Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: Howard J. Klein

FIRM: **KLEIN, O'NEILL & SINGH, LLP**

ADDRESS: 43 Corporate Park, Suite 204
Irvine, CA 92606

E-MAIL: hjklein@koslaw.com

TELEPHONE: (949) 955-1920

FAX: **(949) 955-1921**

\* THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL \*
\* IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS \*