Lincoln D. Bandlow (SBN 170449)
LATHROP & GAGE LLP
1880 Century Park East, Suite 1004
Los Angeles, California 90067-2627
Telephone: (310) 789-4600
Fax: (310) 789-4601
Email: lbandlow@lathropgage.com

Attorneys for Defendant
JOHN MCCAIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization,<br><br>Defendants. | CASE NO. CV08-05334 RGK (Ex)<br><br>**NOTICE OF ERRATA REGARDING FILING OF ANSWER BY DEFENDANT JOHN MCCAIN** |

1 | TO THE CLERK OF THE COURT AND TO COUNSEL OF RECORD FOR ALL
2 | PARTIES:

PLEASE TAKE NOTICE that on March 10, 2009 counsel for defendant John McCain inadvertently filed an early draft Answer (Docket No. 66). Attached hereto as Exhibit 1 is the final, correct version of McCain's Answer, which supersedes and replaces the previously-filed draft Answer.

Dated:   March 10, 2009          LATHROP & GAGE LLP

By: _____
       Lincoln D. Bandlow

Attorneys for Defendant
JOHN MCCAIN

1