UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: John McCain vs Jackson Browne
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name Central California, Judge Charles F. Eick
Criminal and/or Civil Case No. 2:08-cv-05334-RGK-E
Date Complaint/Indictment/Petition Filed: _____
Date Appealed order/judgment *entered*: 2-20-09
Date NOA *filed*: 3-10-09

Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number Richard Duvall, 213-894-0658

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____                Date Docket Fee Billed: _____
Date FP granted: _____                     Date FP denied: _____
Is FP pending? ☐ yes  ☐ no                      Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                    Appellee Counsel:
 Howard J Klein                        Gregory S Gabriel
 Klein O'Neil & Singh LLP              Kinsella Weitzman Ise Kump and Aldisert
 43 Corporate Park                     808 Wilshire Blvd 3rd Floor
 Suite 204                             Santa Monica, CA 90401

☒ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other _____

**DEFENDANT INFORMATION**
Prisoner ID _____           Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____                        9th Circuit Do

Name & Phone Number of Person Completing this Form: D.
                                                    213

```
             CLERK'S OFFICE U.S.D.C.
                 LOS ANGELES
3/11/2009 11:30:30 AM  Receipt #: 116682
           Cashier : LLUNG [LA 1-1]
Paid by: LATHROP AND GAGE/NATIONWIDE LEGA
L, INC
2:CV08-05334
2009-086900           Appeals Filing Fees(1)
Amount :                            $105.00

2:CV08-05334
2009-510000Judicial Services ($150.00)(1)
Amount :                            $150.00

2:CV08-05334
2009-086400Appeals Filing fee - Special(1
)
Amount :                            $200.00
----------------------------------------
Check Payment : 1004/5553 /     455.00
----------------------------------------
Total Payment :                  455.00

(= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

A-8 (12/08) (CA9-014)       NOTICE OF APPEAL NOTIFICATION FORM

Dockets.Justia.com