| | |
|---|---|
| 1 | Lincoln D. Bandlow (SBN 170449) |
| 2 | LATHROP & GAGE LLP<br>1880 Century Park East, Suite 1004 |
| 3 | Los Angeles, California 90067<br>Telephone: (310) 789-4600 |
| 4 | Fax: (310) 789-4601<br>Email: lbandlow@lathropgage.com |
| 5 | Attorneys for Defendant |
| 6 | JOHN MCCAIN |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual | CASE NO. CV08-05334 RGK (Ex)<br>USCA9 No. 09-55357 |
| Plaintiff, | |
| vs. | **AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization, | |
| Defendants. | |

| | |
|---|---|
| 1 | John McCain ("Defendant"), one of the defendants herein, appeals to the United |
| 2 | States Court of Appeals for the Ninth Circuit from the Order of the District Court |
| 3 | denying Defendant's Motion to Strike made pursuant to Cal. Code of Civil Procedure |
| 4 | § 425.16 (the "Anti-SLAPP Motion"). The denial of the Anti-SLAPP motion is |
| 5 | immediately appealable pursuant to the collateral order doctrine. *See e.g., Batzel v.* |
| 6 | *Smith*, 333 F.3d 1018, 1024-26 (9th Cir. 2003); *Zamani v. Carnes*, 491 F.3d 990, 994 |
| 7 | (9th Cir. 2007). |

Dated: March 20, 2009    LATHROP & GAGE LLP

By: _____
Lincoln D. Bandlow

Attorneys for Defendant
JOHN MCCAIN