HOWARD J. KLEIN (NO. 77029)
hjklein@koslaw.com
THEODORE P. LOPEZ (NO. 191328)
tlopez@koslaw.com
SANG N. DANG (NO. 214558)
sdang@koslaw.com
**KLEIN, O'NEILL & SINGH, LLP**
43 Corporate Park
Suite 204
Irvine, CA 92606
Telephone: 949-955-1920
Facsimile: 949-955-1921

Attorneys for Defendant,
THE REPUBLICAN NATIONAL
COMMITTEE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY; a non-profit political organization,<br><br>Defendants. | CASE NO. CV08-05334 RGK (Ex)<br>USCA9 No. 09-55357<br><br>**AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Jackson Browne v. John McCain et al    Doc. 75

Dockets.Justia.com

The Republican National Committee ("Defendant"), one of the defendants herein, appeals to the United States Court of Appeals for the Ninth Circuit from the Order of the District Court denying Defendant's Motion to Strike made pursuant to Cal. Code of Civil Procedure § 425.16 (the "Anti-SLAPP Motion"). The denial of the Anti-SLAPP motion is immediately appealable pursuant to the collateral order doctrine. *See e.g., Batzel v. Smith*, 333 F.3d 1018, 1024-26 (9th Cir. 2003); *Zamani v. Carnes*, 491 F.3d 990, 994 (9th Cir. 2007).

Dated: March 20, 2009        KLEIN, O'NEILL & SINGH, LLP

By: _____
Howard J. Klein

Attorneys for Defendant
Republican National Committee