Name, Address and Telephone Number of Attorney(s):
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
Jonathan P. Steinsapir (226281); jsteinsapir@kwikalaw.com
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
(310) 566-9800
Attorneys for Plaintiff Jackson Browne

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jackson Browne<br><br>Plaintiff(s)<br>v.<br><br>John McCain and Republican National Committee<br><br>Defendant(s). | CASE NUMBER<br><br>08-05334 RGK (Ex)<br><br>**SETTLEMENT PROCEDURE SELECTION:<br>REQUEST AND NOTICE** |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☑ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: April 17, 2009          /s/Jonathan P. Steinsapir
                               Attorney for Plaintiff Jackson Browne

Dated: _____            _____
                               Attorney for Plaintiff _____

Dated: April 17, 2009          /s/Lincoln D. Bandlow
                               Attorney for Defendant John McCain

Dated: April 17, 2009          /s/ Sang N. Dang
                               Attorney for Defendant Republican National Committee

Dated: _____            _____
                               Attorney for Defendant _____

**NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request**. If additional signatures are required, attach an additional page to this request.

ADR–01 (03/07)          **SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE**

Dockets.Justia.com