# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-05334-RGK (Ex) | Date | April 20, 2009 |
| Title | JACKSON BROWNE v. JOHN McCAIN, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Miriam Baird | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Jonathan Steinsapir | | Howard Klein<br>Lincoln Bandlow |

**Proceedings:**      **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held. The Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 7-8 days): | January 12, 2010 at 9:00 a.m. |
| Pretrial Conference: | December 21, 2009 at 9:00 a.m. |
| Motion Cut-Off (last day to file): | October 21, 2009 |
| Discovery Cut-Off: | October 14, 2009 |
| Last day to Motion the Court to Amend Complaint or Add Parties: | May 20, 2009 |

The parties inform the Court that they have selected Settlement Option #3 - SO ORDERED.

**IT IS SO ORDERED.**

                                                                     :     3

Initials of Preparer    slw

Dockets.Justia.com