LATHROP & GAGE LLP
Lincoln D. Bandlow (SBN 170449)
1888 Century Park East, Suite 1000
Los Angeles, CA 90067-2627
Telephone: (310) 789-4600
Fax: (310) 789-4601
lbandlow@lathropgage.com

Attorneys for Defendant
JOHN MCCAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON BROWNE., an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization,<br><br>Defendants. | CASE # CV08-05334 RGK (Ex)<br><br>**STIPULATION TO EXTEND THE TIME TO AMEND THE PLEADINGS**<br><br>Hon. R. Gary Klausner<br><br>Date Filed: August 14, 2008 |

1
**STIPULATION TO EXTEND TIME TO AMEND PLEADINGS**

Defendants JOHN MCCAIN ("McCain") and the REPUBLICAN NATONAL COMMITTEE ("RNC") (collectively, "Defendants"), and Plaintiff JACKSON BROWNE ("Plaintiff"), by and through their undersigned attorneys, hereby state and stipulate as follows:

WHEREAS, the last day on which a party may file a motion to amend pleadings and add additional parties in this matter is May 20, 2009; and

WHEREAS, Plaintiff had intended to amend his Complaint to add another party as a co-defendant; and

WHEREAS, the parties are currently very close to reaching a final settlement of this matter and are diligently working together to finalize the terms thereof so that a settlement agreement may be finalized in order to resolve this matter; and

WHEREAS, extending the deadline to amend the pleadings to allow the parties to have time to finalize a settlement will promote judicial efficiency and preserve both party and judicial resources.

THEREFORE, the parties stipulate that the time to amend the pleadings should be extended from May 20, 2009 until June 19, 2009.

Dated:   May 12, 2009         LATHROP & GAGE LLP

                              By: /s/ Lincoln D. Bandlow
                                  Lincoln D. Bandlow

                              Attorneys for Defendant
                              JOHN MCCAIN

| | |
|---|---|
| DATED: May 12, 2009 | KLEIN, ONEILL & SINGH LLP |
| | By: ___/s/___<br>Howard J. Klein |
| | Attorneys for Defendant<br>THE REPUBLICAN NATIONAL COMMITTEE |
| DATED: May 12, 2009 | KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP |
| | By: ___/s/___<br>Lawrence Y. Iser |
| | Attorneys for Plaintiff<br>JACKSON BROWNE |