1  LATHROP & GAGE LLP
   Lincoln D. Bandlow (SBN 170449)
2  1888 Century Park East, Suite 1000
   Los Angeles, CA 90067-2627
3  Telephone: (310) 789-4600
   Fax: (310) 789-4601
4  lbandlow@lathropgage.com

5  Attorneys for Defendant
   JOHN MCCAIN
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   | JACKSON BROWNE., an individual | CASE # CV08-05334 RGK (Ex) |
12 |---|---|
   | Plaintiff, | **[PROPOSED] ORDER TO EXTEND THE TIME TO AMEND THE PLEADINGS** |
13 | vs. | |
14 | JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; THE OHIO REPUBLICAN PARTY, a non-profit political organization, | Hon. R. Gary Klausner |
15 | | Date Filed: August 14, 2008 |
16 | | |
17 | | |
18 | Defendants. | |

1       Pursuant to the Joint Stipulation to Extend the Time to Amend the Pleadings filed by defendants JOHN MCCAIN, THE REPUBLICAN NATIONAL COMMITTEE, and plaintiff JACKSON BROWNE, and good cause appearing therefore, it is hereby Ordered that the deadline for amending the pleadings is extended from May 20, 2009 until June 19, 2009.

**ALL OTHER DATES REMAIN AS ORDERED.**

**IT IS SO ORDERED.**

DATED: May 19, 2009        *(signed)* Gary Klausner
_____
THE HONORABLE GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE