KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
　liser@kwikalaw.com
PATRICIA A. MILLETT (SBN 150756)
　pmillett@kwikalaw.com
JONATHAN P. STEINSAPIR (SBN 226281)
　jsteinsapir@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
　ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff Jackson Browne

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>　　　Plaintiff,<br><br>　vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; and THE OHIO REPUBLICAN PARTY; a non-profit political organization<br><br>　　　Defendants. | CASE NO. CV 08-05334 RGK (Ex)<br><br>**JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION**<br><br>Judge:　　Hon. R. Gary Klausner |

11166-00015/46728.1

JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION

Dockets.Justia.com

| | |
|---|---|
| 1 | WHEREAS, this Joint Stipulation for Dismissal of Entire Action is submitted by Plaintiff, Jackson Browne and Defendants John McCain and The Republican National Committee; |

WHEREAS, this Joint Stipulation for Dismissal of Entire Action is submitted by Plaintiff, Jackson Browne and Defendants John McCain and The Republican National Committee;

WHEREAS, the parties have resolved their claims in this action;

Based upon the foregoing, **IT IS HEREBY STIPULATED AND AGREED TO** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the parties, through their respective counsel of record, that this entire action is hereby dismissed with prejudice. Each party shall bear his or its own attorneys fees and costs, except as otherwise allocated in the parties' settlement agreement.

DATED: July 30, 2009

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: _____
Lawrence Y. Iser
Attorneys for Plaintiff Jackson Browne

DATED: _____, 2009

LATHROP & GAGE LLP

By: _____
Lincoln D. Bandlow, Esq.
Attorney for John S. McCain

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   WHEREAS, this Joint Stipulation for Dismissal of Entire Action is submitted
2   by Plaintiff, Jackson Browne and Defendants John McCain and The Republican
3   National Committee;

5   WHEREAS, the parties have resolved their claims in this action;

7   Based upon the foregoing, **IT IS HEREBY STIPULATED AND AGREED**
8   **TO** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and
9   between the parties, through their respective counsel of record, that this entire action
10  is hereby dismissed with prejudice. Each party shall bear his or its own attorneys
11  fees and costs, except as otherwise allocated in the parties' settlement agreement.

13  DATED: July 30, 2009          KINSELLA WEITZMAN ISER KUMP &
                                   ALDISERT LLP

                                   By: _____
                                        Lawrence Y. Iser
                                        Attorneys for Plaintiff Jackson Browne

19  DATED: July 31, 2009          LATHROP & GAGE LLP

                                   By: _____
                                        Lincoln D. Bandlow, Esq.
                                        Attorney for John S. McCain

11166-00015/46728.1                      1
JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION

| | | |
|---|---|---|
| 1 | DATED: July 31, 2009 | KLEIN, O'NEILL & SINGH, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Howard Klein, Esq. |
| 5 | | Attorney for The Republican National Committee |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

11166-00015/46728.1

2

JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION