KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
 liser@kwikalaw.com
PATRICIA A. MILLETT (SBN 150756)
 pmillett@kwikalaw.com
JONATHAN P. STEINSAPIR (SBN 226281)
 jsteinsapir@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
 ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff Jackson Browne

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; and THE OHIO REPUBLICAN PARTY; a non-profit political organization<br><br>Defendants. | CASE NO. CV 08-05334 RGK (Ex)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER ON JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION**<br><br>Judge:      Hon. R. Gary Klausner |

11166.00015/46781.1

NOTICE OF LODGING

**TO THE COURT AND TO ALL PARTIES**

PLEASE TAKE NOTICE that the parties are lodging herewith as Exhibit A the [Proposed] Order granting the parties' Joint Stipulation for Dismissal of Entire Action.

DATED: July 31, 2009     KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: /s/ Lawrence Y. Iser
    Lawrence Y. Iser
    Attorneys for Plaintiff Jackson Browne

DATED: July 31, 2009     LATHROP & GAGE LLP

By: /s/ Lincoln D. Bandlow
    Lincoln D. Bandlow, Esq.
    Attorney for John S. McCain

DATED: July 31, 2009     KLEIN, O'NEILL & SINGH, LLP

By: /s/ Howard Klein
    Howard Klein, Esq.
    Attorney for The Republican National Committee

11166.00015/46781.1

NOTICE OF LODGING