KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikalaw.com
PATRICIA A. MILLETT (SBN 150756)
  pmillett@kwikalaw.com
JONATHAN P. STEINSAPIR (SBN 226281)
  jsteinsapir@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
  ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiff Jackson Browne

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JACKSON BROWNE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCCAIN, an individual; THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization; and THE OHIO REPUBLICAN PARTY; a non-profit political organization<br><br>Defendants. | CASE NO. CV 08-05334 RGK (Ex)<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION**<br><br>Judge: Hon. R. Gary Klausner |

11166-00015/46780.1

[PROPOSED] JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION

Dockets.Justia.com

1    WHEREAS, the parties have submitted and the Court has considered their
2    Joint Stipulation for Dismissal of Entire Action;

4    Good cause appearing therefore, **IT IS HEREBY ORDERED** that, pursuant
5    to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this entire action is
6    hereby dismissed with prejudice.  Each party shall bear his or its own attorneys fees
7    and costs, except as otherwise allocated in the parties' settlement agreement.

9    DATED:  August 4, 2009

       _____
       The Honorable R. Gary Klausner
       UNITED STATES DISTRICT JUDGE

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850