**FILED**

**UNITED STATES COURT OF APPEALS**

AUG 04 2009

**FOR THE NINTH CIRCUIT**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACKSON BROWNE, an individual,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHN MCCAIN, an individual,<br><br>Defendant - Appellant,<br><br>and<br><br>THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization,<br><br>Defendant. | No. 09-55357<br><br>D.C. No. 2:08-cv-05334-RGK-E<br>Central District of California,<br>Los Angeles<br><br>ORDER |



8/4/09/PWS/Mediation

Dockets.Justia.com

| | |
|---|---|
| JACKSON BROWNE, an individual,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHN MCCAIN, an individual,<br><br>Defendant,<br><br>and<br><br>THE REPUBLICAN NATIONAL COMMITTEE, a non-profit political organization,<br><br>Defendant - Appellant. | No. 09-55358<br><br>D.C. No. 2-08-cv-05334-RGK-E<br>Central District of California,<br>Los Angeles |

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator